# UNITED STATES BANKRUPTCY COURT
## FOR THE
### SOUTHERN DISTRICT OF TEXAS

Michael N. Milby
Clerk

113 Wilson Plaza North
615 Leopard Street
Corpus Christi, Texas 78476-2201

512/888-3484



March 27, 2000

Michael N. Milby, Clerk
United States District Court
521 Starr Street
Corpus Christi, Texas 78401

Re:    Bankruptcy Case No. 00-20338-C-11
        In Re: Baker Energy Resources Corporation, Debtor
        APPEAL NO. 00-04

Dear Mr. Milby:

Enclosed please find a certified copy of the following documents with respect to the Record on Appeal in the above-referenced case:

1.    Notice of Appeal filed on 2/18/00 (Document #4), regarding the following:

        Order Dismissing Chapter 11 Case entered on 2/11/00 (Document #3);

2.    Appellant's Designation of Record on Appeal and Statement of Issues Presented on Appeal (Document #6);

3.    Designation of Additional Items to Be Included in the Record on Appeal (Document #11);

4.    Appellant's First Supplement to Designation of Record on Appeal (Document #12);

5.    First Supplemental Designation of Additional Items to be Included in the Record on Appeal (Document # 13);

6.    Docket Sheet for Main Bankruptcy Case No. 00-20338-C-11;

7.    Docket Sheet for Adversary Case No. 00-2014;

Appeal No. 00-04
March 27, 2000
Page 2

8.   Record on Appeal - by Stipulation of the Parties, (see Record on Appeal and attached documents) for Appeal No. 00-04.

Sincerely,

Candy Neal, Deputy Clerk
Enclosures

cc:   Judge Richard S. Schmidt
      United States Trustee

Baker Energy Resources
   Corporation
P.O. Box 190
Ingleside, TX 78362-0190

Nathaniel Peter Holzer
Jordan, Hyden, Womble &
   Culbreth, P.C.
500 N. Shoreline Blvd.,
Suite 900
Corpus Christi, TX 78471

Local U.S. Trustee
Barbara Kurtz
606 N. Carancahua
Suite 1107
Corpus Christi, TX 78476

United States Trustee
515 Rusk, Suite 3516
Houston, TX 77002

Baker Marine Corporation
c/o Richard Schwartz/

Phillip W. Bechter
Schwartz, Junell, Campbell
   & Oathout
909 Fannin Street,
Suite 2000
Houston, TX 77010

Berco Services
c/o Richard Schwartz/
Phillip W. Bechter
Schwartz, Junell, Campbell
   & Oathout
909 Fannin Street
Suite 2000
Houston, TX 77010

Billy J. Greer
c/o Richard Schwartz/
Phillip W. Bechter
Schwartz, Junell, Campbell
   & Oathout
909 Fannin Street
Suite 2000
Houston, TX 77010

John A. Haley
c/o Richard Schwartz/
Phillip W. Bechter
Schwartz, Junell, Campbell
   & Oathout
909 Fannin Street
Suite 2000
Houston, TX 77010

Larry A. Baker, Sr.
c/o Richard Schwartz/
Phillip W. Bechter
Schwartz, Junell, Campbell
   & Oathout
909 Fannin Street
Suite 2000
Houston, TX 77010

Leonard Rose
Lewis, Rice & Fingersch,
LC
1010 Walnut, Suite 500
Kansas City, MO 64106

Appeal No. 00-04
March 27, 2000
Page 3

LLR Holding Corporation
c/o Richard Schwartz/
Phillip W. Bechter
Schwartz, Junell, Campbell
& Oathout
909 Fannin Street
Suite 2000
Houston, TX 77010

McCarthy Tetrault
Toronto Dominion Bank
Tower, Suite 4700
Toronto-Dominion Center
Toronto
Canada M5K 1E6

Peter Everly
c/o Chris E. Ryman
Coats, Rose, Yale, Ryman
& Lee, P.C.
800 First City Tower, 1001
Fannin Street
Houston, TX 77002

Reading & Bates
Construction Co.
c/o Chris E. Ryman
Coats, Rose, Yale, Ryman
& Lee, P.C.
800 First City Tower, 1001
Fannin Street
Houston, TX 77002

Ronald G. Halderman
9800 Centre Parkway
Suite 805
Houston, TX 77036

Russell D. Baker
c/o Richard Schwartz/
Phillip W. Bechter
Schwartz, Junell, Campbell
& Oathout
909 Fannin Street
Suite 2000
Houston, TX 77010

Texas Comptroller of
Public Accounts
c/o Lynn Hamilton Butler,
Asst. A.G.
Office of the Texas
Attorney General
P.O. Box 12548
Austin, TX 78711-2548

Thomas A. Powell
c/o Richard Schwartz/
Phillip W. Bechter
Schwartz, Junell, Campbell
& Oathout
909 Fannin Street
Suite 2000
Houston, TX 77010

Michael Schmidt
712 American Bank Plaza
Corpus Christi, TX 78475

Appeal No. 00-04
March 27, 2000
Page 4

DISTRICT CLERK:

Please return the enclosed copy of this letter with the portion below completed.  An envelope is provided for your convenience.

District Court Number_____

Date_____

Deputy Clerk_____

C \APPEALS\00-04\TRANS LTR

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BAKER ENERGY RESOURCES | § | CASE NO. 00-20338-C-11 |
| CORPORATION, | § | CHAPTER 11 |
| | § | |
| DEBTOR | § | APPEAL NO. 00-04 |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

APPELLANTS:
Baker Energy Resources
    Corporation
P.O. Box 190
Ingleside, TX 78362-0190

ATTORNEYS FOR
APPELLANTS:
Nathaniel Peter Holzer
Jordan, Hyden, Womble &
    Culbreth, P.C.
500 N. Shoreline Blvd.,
Suite 900
Corpus Christi, TX 78471

CHAPTER 11 TRUSTEE:
Barbara Kurtz
606 N. Carancahua
Suite 1107
Corpus Christi, TX 78476

UNITED STATES
TRUSTEE:
Richard W. Simmons
515 Rusk, Suite 3516
Houston, TX 77002

ATTORNEY FOR
BAKER MARINE
CORPORATION:
Richard Schwartz
Phillip W. Bechter
Schwartz, Junell, Campbell
    & Oathout
909 Fannin Street,
Suite 2000
Houston, TX 77010

ATTORNEY FOR
BERCO SERVICES:
Richard Schwartz
Phillip W. Bechter
Schwartz, Junell, Campbell
    & Oathout
909 Fannin Street
Suite 2000
Houston, TX 77010

ATTORNEY FOR
BILLY J. GREER:
Richard Schwartz
Phillip W. Bechter
Schwartz, Junell, Campbell
    & Oathout
909 Fannin Street
Suite 2000
Houston, TX 77010

ATTORNEY FOR
JOHN A. HALEY
Richard Schwartz
Phillip W. Bechter
Schwartz, Junell, Campbell
    & Oathout
909 Fannin Street
Suite 2000
Houston, TX 77010

ATTORNEY FOR
LARRY A. BAKER, SR.:
Richard Schwartz
Phillip W. Bechter
Schwartz, Junell, Campbell
    & Oathout
909 Fannin Street
Suite 2000
Houston, TX 77010

PARTY REQUESTING
NOTICE:
Leonard Rose
Lewis, Rice & Fingersch,
LC
1010 Walnut, Suite 500
Kansas City, MO 64106

ATTORNEY FOR
LLR HOLDING
CORPORATION:
Richard Schwartz
Phillip W. Bechter
Schwartz, Junell, Campbell
& Oathout
909 Fannin Street
Suite 2000
Houston, TX 77010

PARTY REQUESTING
NOTICE:
McCarthy Tetrault
Toronto Dominion Bank
Tower, Suite 4700
Toronto-Dominion Center
Toronto
Canada M5K 1E6

ATTORNEY FOR
PETER EVERLY:
Chris E. Ryman
Coats, Rose, Yale, Ryman
& Lee, P.C.
800 First City Tower, 1001
Fannin Street
Houston, TX 77002

ATTORNEY FOR
READING & BATES
CONSTRUCTION CO.:
Chris E. Ryman
Coats, Rose, Yale, Ryman
& Lee, P.C.
800 First City Tower, 1001
Fannin Street
Houston, TX 77002

DEFENDANT IN
ADVERSARY 00-2014:
Ronald G. Halderman
9800 Centre Parkway
Suite 805
Houston, TX 77036

ATTORNEY FOR
RUSSELL D. BAKER:
Richard Schwartz
Phillip W. Bechter
Schwartz, Junell, Campbell
& Oathout
909 Fannin Street
Suite 2000
Houston, TX 77010

ATTORNEY FOR
READING & BATES
HORIZONTAL
DRILLING LTD.:
Chris E. Ryman
Coats, Rose, Yale, Ryman
& Lee, P.C.
800 First City Tower, 1001
Fannin Street
Houston, TX 77002

ATTORNEY FOR
TEXAS COMPTROLLER
OF PUBLIC ACCOUNTS:
Lynn  Hamilton  Butler,
Asst. A.G.
Office of the Texas
Attorney General
P.O. Box 12548
Austin, TX 78711-2548

ATTORNEY FOR
THOMAS A. POWELL:
Richard Schwartz
Phillip W. Bechter
Schwartz, Junell, Campbell
& Oathout
909 Fannin Street
Suite 2000
Houston, TX 77010

ATTORNEY FOR
APPELLEE, READING &
BATES
CONSTRUCTION
COMPANY:
Michael Schmidt
712 American Bank Plaza
Corpus Christi, TX 78475

C:\APPEALS\00-04\COVER.PG

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

**FILED**

FEB 18 2000

U⁁ ⁁ ⁁S
BA⁁⁁ ⁁⁁⁁ COURT

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BAKER ENERGY RESOURCES | § | CASE NO. 00-20338-C-11 |
| CORPORATION, | § | (Chapter 11) |
| | § | |
| DEBTOR | § | *Appeal CO-04* |

## NOTICE OF APPEAL

TO THE CLERK OF THE COURT:

COMES NOW, Baker Energy Resources, Inc., Debtor and Debtor-in-Possession in the referenced bankruptcy proceeding, and, pursuant to 28 U.S.C. 158(a)(1) and BRP 8001(a), appeals to the district court from the final order entered in this bankruptcy case on the 11th day of February, 2000, by which the Honorable Richard S. Schmidt dismissed the Debtor's bankruptcy case *sua sponte.* A copy of the order appealed from is attached hereto and incorporated herein by reference for all purposes and marked as Exhibit "A."

The parties to the order appealed from, and the names and address of their respective attorneys are as follows:

**APPELLANTS:** Baker Energy Resources, Inc

**ATTORNEYS FOR APPELLANT:**

> Shelby A. Jordan
> Harlin C. Womble
> Nathaniel Peter Holzer
> Anne Catmill
> JORDAN, HYDEN, WOMBLE & CULBRETH, P.C.
> 500 N., Shoreline, Ste. 900
> Corpus Christi, Texas 78471
> Telephone: (361) 884-5678
> Telecopier: (361) 884--5616

**PARTIES IN INTEREST AND COUNSEL:** SEE ATTACHED EXHIBIT "B"

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk of Court

By _____ *Candy Neal*    Deputy Clerk

Respectfully Submitted

Shelby A. Jordan
Texas State Bar # 11016700
Nathaniel Peter Holzer
Texas State Bar # 00793971
Harlin C. Womble
Harlin C. Womble, Jr.
State Bar No. 21880300
Anne Catmill
Texas State Bar # 00794932
JORDAN, HYDEN, WOMBLE & CULBRETH, P.C.
500 N. Shoreline, Ste. 900
Corpus Christi, Texas 78471
Telephone No.: (361) 884-5678
Telecopier: No. (361) 884-5616

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Bankruptcy Court
Southern District of Texas
ENTERED

**FEB 1 1 2000**

Michael N. Milby / Clerk of Court

IN RE:
BAKER ENERGY RESOURCES
CORPORATION                    §        CASE NO. 00-20338-C-11
            DEBTOR                              CHAPTER 11

## ORDER DISMISSING CHAPTER 11 CASE

Came on to be heard the Emergency Motion of Reading & Bates, and the Court, having considered the Motion, the evidence, and the argument of counsel, and considering its own Motion *Sua Sponte* finds that the relief requested should be GRANTED. It is therefore,

ORDERED that the above styled and numbered Bankruptcy Case is DISMISSED without prejudice.

It is so ORDERED.

Signed this __11__ day of February, 2000.

Richard S. Schmidt
United States Bankruptcy Judge

**EXHIBIT**
tabbies
'A'

Baker Energy Resources Corporation
P.O. Box 190
Ingleside, TX 78362-0190

Nathaniel Peter Holzer 00793971
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, Texas 78471

Local U.S. Trustee
Barbara Kurtz
606 N. Carancahua, Suite 1107
Corpus Christi, TX 78476

United States Trustee
515 Rusk, Suite 3516
Houston, TX 77002

Baker Marine Corporation
c/o Richard Schwartz/Phillip W. Bechter
SCHWARTZ, JUNELL, CAMPBELL & OATHOUT
909 Fannin Street, Suite 2000
Houston, TX 77010

Berco Services
c/o Richard Schwartz/Phillip W. Bechter
SCHWARTZ, JUNELL, CAMPBELL & OATHOUT
909 Fannin Street, Suite 2000
Houston, TX 77010

Billy J. Greer
c/o Richard Schwartz/Phillip W. Bechter
SCHWARTZ, JUNELL, CAMPBELL & OATHOUT
909 Fannin Street, Suite 2000
Houston, TX 77010

John A. Haley
c/o Richard Schwartz/Phillip W. Bechter
SCHWARTZ, JUNELL, CAMPBELL & OATHOUT
909 Fannin Street, Suite 2000
Houston, TX 77010

Larry A. Baker, Jr.
c/o Richard Schwartz/Phillip W. Bechter
SCHWARTZ, JUNELL, CAMPBELL & OATHOUT
909 Fannin Street, Suite 2000
Houston, TX 77010

Larry A. Baker, Sr.
c/o Richard Schwartz/Phillip W. Bechter
SCHWARTZ, JUNELL, CAMPBELL & OATHOUT
909 Fannin Street, Suite 2000
Houston, TX 77010

Leonard Rose
Lewis, Rice & Fingersch, LC
1010 Walnut, Suite 500
Kansas City, MO 64106

**EXHIBIT "B"**

LLR Holding Corporation
c/o Richard Schwartz/Phill   W. Bechter
SCHWARTZ, JUNELL, CAMPBELL & OATHOUT
909 Fannin Street, Suite 2000
Houston, TX 77010

McCarthy Tetrault
Toronto Dominion Bank Tower, Suite 4700
Toronto-Dominion Center
Toronto
CANADA M5K 1E6

Michael Schmidt
712 American Bank Plaza
Corpus Christi, TX 78475

Miriam V. Baker
c/o Richard Schwartz/Phillip W. Bechter
SCHWARTZ, JUNELL, CAMPBELL & OATHOUT
909 Fannin Street
Houston, TX 77010

Peter Everly
c/o Chris E. Ryman
Coats, Rose, Yale, Ryman & Lee, P.C.
800 First City Tower, 1001 Fannin Street
Houston, TX 77002

Reading & Bates  Construction Co.
c/o Chris E. Ryman
Coats, Rose, Yale, Ryman & Lee, P.C.
800 First City Tower, 1001 Fannin St.
Houston, TX 77002

Reading & Bates Horizontal Drilling, Ltd
c/o Chris E. Ryman
Coats, Rose, Yale, Ryman & Lee, P.C.
800 First City Tower, 1001 Fannin St.
Houston, TX 77002

Ronald G. Halderman
9800 Centre Parkway
Suite 850
Houston, TX 77036

Russell D. Baker
c/o Richard Schwartz/Phillip W. Bechter
SCHWARTZ, JUNELL, CAMPBELL & OATHOUT
909 Fannin Street, Suite 2000
Houston, TX 77010

Texas Comptroller of Public Accounts
c/o Lynn Hamilton Butler, Asst. A.G.
Office of the Texas Attorney General
P.O. Box 12548
Austin, TX 78711-2548

Thomas A. Powell
c/o Richard Schwartz, Phillip W. Bechter
SCHWARTZ, JUNELL, CAMPBELL & OATHOUT
909 Fannin Street, Suite 2000
Houston, TX 77010

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk of Court
By _____
                        Deputy Clerk

Case 2:00-cv-00128  Document 1  Filed in TXSD on 03/28/2000  Page 12 of 38

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk of Court
By _Candy Neal_
Deputy Clerk

MAR 0 1 2000

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BAKER ENERGY RESOURCES | § | CASE NO. 00-20338-C-11 |
| CORPORATION, | § | (Chapter 11) |
| | § | |
| DEBTOR | § | |

## APPELLANT'S DESIGNATION OF RECORD ON APPEAL AND STATEMENT OF ISSUES PRESENTED ON APPEAL

TO THE CLERK OF THE COURT:

COMES NOW, Appellant, Debtor in the above referenced bankruptcy (herein "Appellants"), and, pursuant to BRP 8006, files this Statement Of Issues Presented On Appeal and its Designation of the Items To Be Included In the Record on Appeal.

## I.
## Issue To Be Presented

1.      Whether the bankruptcy Court erred in dismissing Appellant's Chapter 11 proceeding sua sponte.

2.      Whether the bankruptcy Court's February 11, 2000 sua sponte dismissal of Appellant's Chapter 11 proceeding violated the Constitutional due process rights of those known parties who had not been given notice of the hearing.

3.      Whether the bankruptcy Court's February 11, 2000 sua sponte dismissal of Appellant's Chapter 11 proceeding, without notice to all claimants and a hearing, was in violation of Bankruptcy Code § 1112(b).

## II
## Designation of Record on Appeal

TO THE CLERK OF THE COURT:

COMES NOW, Appellant, , Debtor in the above referenced bankruptcy (herein "Appellants"), and, pursuant to BRP 8006, files this Statement Of Issues Presented On Appeal and its Designation of the Items To Be Included In the Record on Appeal.

| Filing or Entry Date | Description |
|---|---|
| None | Certified Copy of the Docket for bankruptcy case no. 00-20339 |
| 02/02/00 | Baker Energy's Voluntary Petition For Chapter 11 |
| 02/02/00 | Receipt for $830.00 paid to the Clerk for the United States Bankruptcy Court Southern District of Texas, Corpus Christi Division |
| 02/02/00 | Disclosure of Compensation For Attorney For Debtors |
| 02/02/00 | List of Creditors Holding 20 Largest Unsecured Claims |
| 02/02/00 | Summary of Schedules w/attached Schedules A, B, D, E, F, G, and H. |
| 02/02/00 | Declaration Concerning Debtor's Schedules |
| 02/02/00 | List of Equity Security Holders |
| 02/02/00 | Verification of Creditor Matrix |
| 02/02/00 | Statement of Financial Affairs |
| 02/11/00 | Order Dismissing Chapter 11 Case |
| 02/18/00 | Notice of Appeal |
| 02/11/00 | Debtor-Defendant's Response to Plaintiff's Emergency Motion to Remand |
| 02/11/00 | Order Remanding |
| 02/28/00 | Debtor's First Amended List of Creditors Holding 20 Largest Unsecured Claims |
| 02/18/00 | Motion For Reconsideration of Order Remanding Adversary 00-2-14 to the 1134th Judicial District Court of Harris County, Texas |
| 02/28/00 | Debtor's First Amended Schedules |
| 02/28/00 | Debtor's First Amended Statement of Affairs |

Notice of Appeal

Page 2.

Respectfully Submitted

_____

Shelby A. Jordan
Texas State Bar # 11016700
Nathaniel Peter Holzer
Texas State Bar # 00793971
Harlin C. Womble, Jr.
State Bar No. 21880300
Anne Catmill
Texas State Bar # 00794932
JORDAN, HYDEN, WOMBLE & CULBRETH, P.C.
500 N. Shoreline, Ste. 900
Corpus Christi, Texas 78471
Telephone No.: (361) 884-5678
Telecopier: No. (361) 884-5616

## CERTIFICATE OF SERVICE

I, Nathaniel Peter Holzer, certify that a true and correct copy of the foregoing instrument, less the copies of designated documents which are filed only with the clerk, was mailed to all persons on the list attached as Exhibit "A," by first class mail, on February 28, 2000.

_____
Nathaniel Peter Holzer/A. Catmull

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk of Court
By _____
                                    Deputy Clerk

Mar. 9. 2000   1:30PM

MAR 1 3 2000

TRUE COPY I CERTIFY   P. 2/7
ATTEST:
MICHAEL N. MILBY, Clerk of Court

By _Candy Neal_
                    Deputy Clerk

FILED

MAR -9 2000

MICHAEL N. MILBY
CLERK OF COURT

NO. 92-056111

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE: §
§
BAKER ENERGY RESOURCES §
CORPORATION, §
§
DEBTOR §
§
_____ §
§
READING & BATES CONSTRUCTION §
CO. AND READING & BATES §
HORIZONTAL DRILLING LTD. §
§     CASE NO. 00-20338-C-11
§        (Chapter 11)
vs. §
§     ADVERSARY NO. 00-2014
BAKER ENERGY RESOURCES CORP., §
BAKER MARINE CORPORATION, §     Appeal 00-04
LLR HOLDING CORPORATION, BERCO §
SERVICES, INC., LARRY A. BAKER, JR. §
LARRY A. BAKER, SR., MIRIAM BAKER, §
RUSSELL BAKER, BILLY J. GREER §
THOMAS A. POWELL, JOHN L. HALEY §
AND RONALD G. HALDERMAN §

DESIGNATION OF ADDITIONAL ITEMS TO
BE INCLUDED IN THE RECORD ON APPEAL

COMES NOW Reading & Bates Construction Company and Reading & Bates

Horizontal Drilling, Ltd. (Plaintiffs in the removed case/Appellees), and, pursuant to BRP

8006 files this Designation of Additional Items to be Included in the Record on Appeal.

| DATE | DESCRIPTION |
|------|-------------|
| 2/09/00 | Emergency Motion to Remand Civil Action Removed from the District Court of Harris County, Texas or Alternatively to Sever or Dismiss the Debtor from the Action to Allow Remand or Alternatively to Dismiss the Debtor's Chapter 11 Hearing |
| 2/11/00 | Transcript of Hearing on Emergency Motion to Remand |



Case 2:00-cv-00128   Document 1   Filed in TXSD on 03/28/2000   Page 16 of 38

2/11/00        Reading & Bates' Exhibits 1-3 introduced at Hearing on Emergency
               Motion to Remand

2/22/00        Motion for Expedited Hearing

2/25/00        Order Setting Expedited Hearing

3/07/00        Memorandum in Opposition to Debtor's Motion for Reconsideration of
               Order Remanding Advisory 00-2014 to the 113th Judicial District Court
               of Harris County, Texas


                           Respectfully Submitted,


                           By: _____
                               /s/ Michael B. Schmidt       TBN: 17775200
                                   712 American Bank Plaza    with permission
                                   Corpus Christi, Texas 78475
                                   TEL: (361) 884-9949
                                   FAX: (361) 884-6000


                               and

                           By: _____
                               Leonard Rose          SBOT #00785454
                               /s/ Robert W. Tormohlen    MO Bar #40024
                               LEWIS, RICE & FINGERSH L.C.  with permission
                               1010 Walnut, Suite 500
                               Kansas City, Missouri 64106
                               TEL: (816) 421-2500
                               FAX: (816) 472-2500
                           ATTORNEYS FOR READING & BATES
                           CONSTRUCTION CO., AND READING &
                           BATES HORIZONTAL DRILLING, LTD.


                                       2

Case 2:00-cv-00128   Document 1   Filed in TXSD on 03/28/2000   Page 17 of 38

| | |
|---|---|
| 2/11/00 | Reading & Bates' Exhibits 1-3 introduced at Hearing on Emergency Motion to Remand |
| 2/22/00 | Motion for Expedited Hearing |
| 2/25/00 | Order Setting Expedited Hearing |
| 3/07/00 | Memorandum in Opposition to Debtor's Motion for Reconsideration of Order Remanding Advisory 00-2014 to the 113th Judicial District Court of Harris County, Texas |

Respectfully Submitted,

By:_____

    Michael B. Schmidt     TBN: 17775200
    712 American Bank Plaza
    Corpus Christi, Texas 78475
    TEL: (361) 884-9949
    FAX: (361) 884-6000

and

By: _Robert W. Tormohlen/by DAB_

    Leonard Rose     SBOT #00785454
    Robert W. Tormohlen    MO Bar #40024
    LEWIS, RICE & FINGERSH L.C.
    1010 Walnut, Suite 500
    Kansas City, Missouri 64106
    TEL: (816) 421-2500
    FAX: (816) 472-2500
ATTORNEYS FOR READING & BATES
CONSTRUCTION CO., AND READING &
BATES HORIZONTAL DRILLING, LTD.

2

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he served a true and correct copy of the above and foregoing on this _____ day of March, 2000 by fax and certified mail addressed to:

Richard Schwartz
Phillip W. Bechter
Schwartz, Junell, Campbell & Oathout
909 Fannin, Suite 2000
Houston, Texas 77010

Shelby A. Jordan
Nathaniel Peter Holzer
Jordan, Hyden, Womble & Culbreth, PC
500 North Shoreline, Suite 900
Corpus Christi, TX 78471

and by First Class, U.S. mail to:

Baker Energy Resources Corporation
P.O. Box 190
Ingleside, TX 78362-0190

Nathaniel Peter Holzer  00793971
Jordan, Hyden, Womble & Culbreth, PC
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

Local U.S. Trustee
Barbara Kurtz
606 N. Carancahua, Suite 1107
Corpus Christi, TX 77002

Baker Marine Corporation
Richard A. Schwartz, Esq.
Phillip Bechter, Esq.
Schwartz, Junell, Campbell & Oathout
909 Fannin, Suite 2000
Houston, Texas 77010

3

Case 2:00-cv-00128   Document 1   Filed in TXSD on 03/28/2000   Page 19 of 38

Berco Services
c/o Richard Schwartz/Phillip W. Bechter
Schwartz, Junell, Campbell & Oathout
909 Fannin, Suite 2000
Houston, Texas  77010

Billy J. Greer
c/o Richard Schwartz/Phillip W. Bechter
Schwartz, Junell, Campbell & Oathout
909 Fannin, Suite 2000
Houston, Texas  77010

John A. Haley
c/o Richard Schwartz/Phillip W. Bechter
Schwartz, Junell, Campbell & Oathout
909 Fannin, Suite 2000
Houston, Texas  77010

Larry A. Baker, Jr.
c/o Richard Schwartz/Phillip W. Bechter
Schwartz. Junell, Campbell & Oathout
909 Fannin, Suite 2000
Houston, Texas  77010

Larry A. Baker, Sr.
c/o Richard Schwartz/Phillip W. Bechter
Schwartz, Junell, Campbell & Oathout
909 Fannin, Suite 2000
Houston, Texas  77010

LLR Holding Corporation
c/o Richard Schwartz/Phillip W. Bechter
Schwartz, Junell, Campbell & Oathout
909 Fannin, Suite 2000
Houston, Texas  77010

McCarthy Tetrault
Toronto Dominion Bank Tower
Suite 4700
Toronto-Dominion Center
Toronto, Canada   M5K 1E6

4

Miriam V. Baker
c/o Richard Schwartz/Phillip W. Bechter
Schwartz, Junell, Campbell & Oathout
909 Fannin, Suite 2000
Houston, Texas 77010

Peter Everly
c/o Chris E. Ryman
Coats, Rose, Yale, Ryman & Lee, PC
800 First City Tower
1001 Fannin Street
Houston, TX 77002

Reading & Bates Construction Co.
c/o Chris E. Ryman
Coats, Rose, Yale, Ryman & Lee, PC
800 First City Tower
1001 Fannin Street
Houston, TX 77002

Reading & Bates Horizontal Drilling, LTd.
c/o Chris E. Ryman
Coats, Rose, Yale, Ryman & Lee, PC
800 First City Tower
1001 Fannin Street
Houston, TX 77002

Ronald G. Halderman
9800 Centre Parkway
Suite 850
Houston, TX 77036

Russell D. Baker
c/o Richard Schwartz/Phillip W. Bechter
Schwartz, Junell, Campbell & Oathout
909 Fannin, Suite 2000
Houston, Texas 77010

Texas Comptroller of Public Accounts
c/o Lynn Hamilton Butler, Asst. A.G.
Office of the Texas Attorney General
P.O. Box 12548
Austin, TX 78711-2548

5

Thomas A. Powell
c/o Richard Schwartz/Phillip W. Bechter
Schwartz, Junell, Campbell & Oathout
909 Fannin, Suite 2000
Houston, Texas  77010

An Attorney for Plaintiffs/Appellees

F:\LRP\re\InA\c\Additional record on appeal

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, **Clerk of Court**

By _____
Deputy Clerk

6

Case 2:00-cv-00128   Document 1   Filed in TXSD on 03/28/2000   Page 22 of 38

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk of Court
By Candy Neal
                    Deputy Clerk

[MAR 1 x 2000]

FILED
MAR 1 3 2000

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE:                          §
                                §
BAKER ENERGY RESOURCES          §       CASE NO. 00-20338-C-11
CORPORATION,                    §       (Chapter 11)
                                §
       DEBTOR                   §       Appeal 00-04

## APPELLANT 'S FIRST SUPPLEMENT TO DESIGNATION OF RECORD ON APPEAL

TO THE CLERK OF THE COURT:

COMES NOW, Appellant, Debtor in the above-referenced bankruptcy (herein "Appellants"), and, pursuant to BRP 8006, files Appellant's First Supplement to Designation of the Items To Be Included In the Record on Appeal.

| Filing or Entry Date | Description |
| --- | --- |
| None | transcript of 2/11/00 hearing on Plaintiff's Motion to Remand |
| 3/8/00 | Proffer of Testimony (of Larry Baker, Jr.) and Judicial Notice in Support of Debtor-Defendant's Motion for Reconsideration On Order Granting Plaintiff's Emergency Motion to Remand |
| 3/8/00 | Brief In Support Of Debtor-Defendant's Motion For Reconsideration On Order Granting Plaintiff's Emergency Motion To Remand |

Respectfully submitted,

Shelby A. Jordan
Texas State Bar # 11016700
Nathaniel Peter Holzer
Texas State Bar # 00793971
Harlin C. Womble, Jr.
State Bar No. 21880300
Anne Catmull
Texas State Bar # 00794932
JORDAN, HYDEN, WOMBLE & CULBRETH, P.C.
500 N. Shoreline, Ste. 900

Corpus Christi, Texas 78471
Telephone No.: (361) 884-5678
Telecopier: No. (361) 884-5616

## CERTIFICATE OF SERVICE

I, Anne E. Catmull, certify that a true and correct copy of the foregoing instrument, less the copies of designated documents which are filed only with the clerk, was mailed to all persons on the list attached as Exhibit "A," by first class mail, on March 23, 2000.

_____
Nathaniel Peter Holzer/Anne E. Catmull

Notice of Appeal

Page 2.

# SERVICE LIST-BAKER ENERGY RESOURCES CORPORATION

Baker Marine Corporation
P.O. Box 190
Ingleside   TX   78362

Baker Marine Corporation
c/o Richard Schwartz/Phillip W. Bechter
Schwartz Junell Campbell & Oathout
909 Fannin, Ste. 2000
Houston   TX   77010

Barbara Kurtz
606 N. Carancahua, Suite 1107
Corpus Christi   TX   78476

Berco Services
c/o Richard Schwartz/Phillip Bechter
Schwartz Junell Campbell &Oathout
909 Fannin, Ste. 2000
Houston   TX   77010

Billy J. Greer
c/o Richard Schwartz/Phillip Bechter
Schwartz, Junell, Campbell & Oathout
909 Fannin, Ste. 2000
Houston   TX   77010

Chris E. Ryman
COATS, ROSE, YALE, RYMAN & LEE, P.C.
800 First City Tower
1001 Fannin Street
Houston   TX   77002

Larry A. Baker, Sr.
c/o Richard Schwartz/Phillip Bechter
Schwartz, Junell, Campbell & Oathout
909 Fannin, Ste. 2000
Houston   TX   77010

Leonard Rose & Robert W. Tormohlen
LEWIS, RICE & FINGERSH, L.C.
1010 Walnut, Suite 500
Kansas City   MO   64106

LLR Holding Corporation
P.O. Box 383
Portland   TX   78374

LLR Holding Corporation
c/o Richard Schwartz/Phillip Bechter
Schwartz, Junell, Campbell & Oathout
909 Fannin, Ste. 2000
Houston   TX   77010

McCarthy Tetrault
Toronto Dominion Bank Tower, Suite 4700
Toronto-Dominion Center
Toronto, Canada M5K 1E6

Michael Schmidt
712 American Bank Plaza
Corpus Christi   TX   78475

Peter Everly
c/o Chris E. Ryman
COATS, ROSE, YALE, RYMAN & LEE, P.C.
800 First City Tower, 1001 Fannin St.
Houston   TX   77002

Reading & Bates Construction Co.
c/o Chris E. Ryman
800 First City Tower, 1001 Fannin St.
Houston   TX   77010

Richard A. Schwartz & Phillip W. Bechter
SCHWARTZ, JUNELL, CAMPBELL & OATH
Two Houston Center
909 Fannin Street, Suite 2000
Houston   TX   77010

Ronald G. Halderman
9800 Centre Parkway
Suite 805
Houston   TX   77010

Russell D. Baker
c/o Richard Schwartz/Phillip Bechter
Schwartz, Junell, Campbell & Oathout
909 Fannin Ste. 2000
Houston   TX   77010

Texas Comptroller of Public Accounts
c/o Lynn Hamilton Butler, Asst. Attorney Gene
Office of the Attorney General
P.O. Box 12548
Austin   TX   78711-2548

Thomas A. Powell
c/o Richard Schwartz/Phillip Bechter
Schwartz, Junell, Campbell & Oathout
909 Fannin, Ste. 2000
Houston   TX   77010

United States Trustee
515 Rusk, Suite 3516
Houston   TX   77002

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk of Court
By _____
Deputy Clerk

EXHIBIT "A"

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

IN RE:

BAKER ENERGY RESOURCES
CORPORATION        §      CASE NO. 00-20338-C-11
         DEBTOR                    CHAPTER 11


READING & BATES CONSTRUCTION    §      ADVERSARY 00-2014
CO.
           PLAINTIFF

V.


BAKER ENERGY RESOURCES
CORPORATION, ET AL
           DEFENDANT


## FIRST SUPPLEMENTAL DESIGNATION OF
## ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL


        COMES NOW Reading & Bates Construction Company and Reading & Bates Horizontal Drilling, Ltd. (Plaintiffs in the removed case/Appellees), and, pursuant to BRP 8006 files First Supplemental Designation of Additional Items to be included in the Record on Appeal:

| DATE | DESCRIPTION |
|------|-------------|
| 03/07/00 | Memorandum in Opposition to Debtor's Motion for Reconsideration of Order Remanding Advisory 00-2014 to the 113th Judicial District Court of Harris County, Texas |
| 03/14/00 | Reading & Bates' Supplemental Memorandum in Opposition to Debtor's Motion for Reconsideration |

Respectfully submitted:

By:_____

Michael B. Schmidt
712 American Bank Plaza
Corpus Christi, Texas 78475
Office: 361/884-9949

A COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk of Court

Deputy Clerk

1

Fax:   361/884-6000
TBN: 17775200
ATTORNEY FOR READING & BATES
CONSTRUCTION CO., ET AL

## CERTIFICATE OF MAILING

I do hereby certify that a true and correct copy of the above and foregoing legal document was mailed this 16th day of March, 2000 to the persons listed on the attached page.

Michael B. Schmidt

Berco Services
c/o Richard Schwartz/Phillip W. Bechter
Schwartz, Junell, Campbell & Oathout
909 Fannin, Suite 2000
Houston, Texas 77010

Billy J. Greer
c/o Richard Schwartz/Phillip W. Bechter
Schwartz, Junell, Campbell & Oathout
909 Fannin, Suite 2000
Houston, Texas 77010

John A. Haley
c/o Richard Schwartz/Phillip W. Bechter
Schwartz, Junell, Campbell & Oathout
909 Fannin, Suite 2000
Houston, Texas 77010

Larry A. Baker, Jr.
c/o Richard Schwartz/Phillip W. Bechter
Schwartz, Junell, Campbell & Oathout
909 Fannin, Suite 2000
Houston, Texas 77010

Larry A. Baker, Sr.
c/o Richard Schwartz/Phillip W. Bechter
Schwartz, Junell, Campbell & Oathout
909 Fannin, Suite 2000
Houston, Texas 77010

LLR Holding Corporation
c/o Richard Schwartz/Phillip W. Bechter
Schwartz, Junell, Campbell & Oathout
909 Fannin, Suite 2000
Houston, Texas 77010

McCarthy Tetrault
Toronto Dominion Bank Tower
Suite 4700
Toronto-Dominion Center
Toronto, Canada   M5K 1E6

Richard Schwartz
Phillip W. Bechter
Schwartz, Junell, Campbell & Oathout
909 Fannin, Suite 2000
Houston, Texas 77010

Shelby A. Jordan
Nathaniel Peter Holzer
Jordan, Hyden, Womble & Culbreth, PC
500 North Shoreline, Suite 900
Corpus Christi, TX  78471

and by First Class, U.S. mail to:

Baker Energy Resources Corporation
P.O. Box 190
Ingleside, TX 78362-0190

Nathaniel Peter Holzer  00793971
Jordan, Hyden, Womble & Culbreth, PC
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

Local U.S. Trustee
Barbara Kurtz
606 N. Carancahua, Suite 1107
Corpus Christi, TX 77002

Baker Marine Corporation
Richard A. Schwartz, Esq.
Phillip Bechter, Esq.
Schwartz, Junell, Campbell & Oathout
909 Fannin, Suite 2000
Houston, Texas 77010

4

Miriam V. Baker
c/o Richard Schwartz/Phillip W. Bechter
Schwartz, Junell, Campbell & Oathout
909 Fannin, Suite 2000
Houston, Texas 77010

Peter Everly
c/o Chris E. Ryman
Coats, Rose, Yale, Ryman & Lee, PC
800 First City Tower
1001 Fannin Street
Houston, TX 77002

Reading & Bates Construction Co.
c/o Chris E. Ryman
Coats, Rose, Yale, Ryman & Lee, PC
800 First City Tower
1001 Fannin Street
Houston, TX 77002

Reading & Bates Horizontal Drilling, LTd.
c/o Chris E. Ryman
Coats, Rose, Yale, Ryman & Lee, PC
800 First City Tower
1001 Fannin Street
Houston, TX 77002

Ronald G. Halderman
9800 Centre Parkway
Suite 850
Houston, TX 77036

Russell D. Baker
c/o Richard Schwartz/Phillip W. Bechter
Schwartz, Junell, Campbell & Oathout
909 Fannin, Suite 2000
Houston, Texas 77010

Texas Comptroller of Public Accounts
c/o Lynn Hamilton Butler, Asst. A.G.
Office of the Texas Attorney General
P.O. Box 12548
Austin, TX 78711-2548

Thomas A. Powell
c/o Richard Schwartz/Phillip W. Bechter
Schwartz, Junell, Campbell & Oathout
909 Fannin, Suite 2000
Houston, Texas 77010

Leonard Rose
Robert W. Tormohlen
Lewis, Rice & Fingersh LC
1010 Walnut, Ste. 500
Kansas City, MO 64106

**TRUE COPY I CERTIFY**
**ATTEST:**
MICHAEL N. MILBY, Clerk of Court
By _Candi Reese_
                    Deputy Clerk

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk of Court
By _____
                          Deputy Clerk

U.S. Bankruptcy Court
Southern District of Texas (Corpus Chris)

Adversary Proceeding #: 00-2014

Date filed: 2/3/00
Assigned to: Richard S. Schmidt
Related Bankruptcy Case #: 00-20338
In Re: Baker Energy Resources Corporation,
Demand: $0,000                          Nature of Suit:  459


======================== * Attorneys *

READING & BATES CONSTRUCTION          Chris E Ryman
CO                                    Coats Rose et al
     * Plaintiff *                    1001 Fannin St
                                      Ste 800
                                      Houston, TX 77002-6707
                                      713-651-0111


READING & BATES HORIZONTAL            Chris E Ryman
DRILLING LTD                          (See above)
     * Plaintiff *


    v.


BAKER ENERGY RESOURCES                Nathaniel Peter Holzer
CORPORATION                           Jordan Hyden et al
P O Box 190                           500 N Shoreline
Ingleside, TX 78362-0190              Ste 900
Tax ID:  74-2140801                   Corpus Christi, TX 78471
     * Defendant *                    361-884-5678

BAKER MARINE CORPORATION              Richard Austin Schwartz
     * Defendant *                    Schwartz Junell Campbell and
                                      Oathout
                                      909 Fannin
                                      Ste 2000
                                      Houston, TX 77010
                                      713-752-0017

LLR HOLDING CORPORATION               Richard Austin Schwartz
     * Defendant *                    (See above)

BERCO SERVICES INC                    Richard Austin Schwartz
     * Defendant *                    (See above)

LARRY A BAKER, JR                     Richard Austin Schwartz
     * Defendant *                    (See above)

LARRY A BAKER, SR                     Richard Austin Schwartz
     * Defendant *                    (See above)

Docket as of March 17, 2000 11:58 am                Page 1

Proceedings include events between 1/1/31 and 3/17/00.
00-2014        Reading & Bates Construction Co, et al v. Baker Energy Resource

MIRIAM BAKER                      Richard Austin Schwartz
        * Defendant *            (See above)

RUSSELL NMI BAKER                 Richard Austin Schwartz
        * Defendant *            (See above)

BILLY J GREER                     Richard Austin Schwartz
        * Defendant *            (See above)

THOMAS A POWELL                   Richard Austin Schwartz
        * Defendant *            (See above)

JOHN L HALEY                      Richard Austin Schwartz
        * Defendant *            (See above)

RONALD G HALDERMAN                Richard Austin Schwartz
        * Defendant *            (See above)


------------------------

U S TRUSTEE
Office of the U S Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002
        * Trustee *


Docket as of March 17, 2000 11:58 am              Page 2

Proceedings include events between 1/1/31 and 3/17/00.
00-2014        Reading & Bates Construction Co, et al v. Baker Energy Resource

2/3/00    1    Complaint (00-2014) Reading & Bates Construction Co  vs.
               Baker Energy Resources Corporation . NOS 459 Application
               For Removal - Case removed from 113th Judidical District
               Court of Harris County, Texas, Cause Number 93-20592 (No
               removed pleadings filed) . ( Filing Fee $ 150.00 Receipt #
               944213) (swm) [EOD 02/07/00] [00-2014]

2/8/00    2    Comprehensive Discovery, Mediation and Scheduling Order (cgn
               [EOD 02/08/00] [00-2014]

2/8/00    3    Documents Comprising Record in Removed Case by Defendant
               Baker Energy Resources Corporation (documents in large
               box). (cgn) [EOD 02/09/00] [00-2014]

2/9/00    4    Emergency Motion By Plaintiff Reading & Bates Construction
               Co, Plaintiff Reading & Bates Horizontal Drilling Ltd to
               Remand Re: [1-1] Complaint NOS 459 Application For Removal
               - Case removed from 113th Judidical District Court of
               Harris County, Texas, Cause Number 93-20592 (No removed
               pleadings filed) or Alternatively, To Sever or Dismiss
               the Debtor from this Action to Allow Remand or
               Alternatively, To Dismiss the Debtor's Chapter 11
               Petititon -- to JG. (cgn) [EOD 02/09/00] [00-2014]

2/9/00    5    Motion By  Plaintiff Reading & Bates Construction Co,
               Plaintiff Reading & Bates Horizontal Drilling Ltd To
               Expedite Hearing Re: ( [4-1] Motion to Remand Re: [1-1]
               Complaint NOS 459 Application For Removal - Case removed
               from 113th Judidical District Court of Harris County,
               Texas, Cause Number 93-20592 (No removed pleadings filed)
               by Reading & Bates Horizontal Drilling Ltd, Reading & Bates
               Construction Co, [4-2] Motion To Sever or Dismiss the
               Debtor from this Action to Allow Remand by Reading & Bates
               Horizontal Drilling Ltd, Reading & Bates Construction Co,
               [4-3] Motion To Dismiss the Debtor's Chapter 11 Petititon
               by Reading & Bates Horizontal Drilling Ltd, Reading & Bates
               Construction Co ) -- to JG. (cgn) [EOD 02/09/00]
               [00-2014]

2/11/00   6    Order Granting [4-1] Motion to Remand Re: [1-1] Complaint
               NOS 459 Application For Removal - Case removed from 113th
               Judidical District Court of Harris County, Texas, Cause
               Number 93-20592 by Reading & Bates Horizontal Drilling Ltd,
               Reading & Bates Construction Co . Parties Notified. (jb)
               [EOD 02/11/00] [00-2014]

2/11/00   7    Response By  Defendant Baker Energy Resources Corporation
               To [4-1] Emergency Motion to Remand Re: [1-1] Complaint NOS
               459 Application For Removal - Case removed from 113th
               Judidical District Court of Harris County, Texas, Cause
               Number 93-20592 (No removed pleadings filed) by Reading &
               Bates Horizontal Drilling Ltd, Reading & Bates Construction
               Co -- TA. (cgn) [EOD 02/14/00] [00-2014]

```
Proceedings include events between 1/1/31 and 3/17/00.
00-2014           Reading & Bates Construction Co, et al v. Baker Energy Resource

2/11/00  8      Hearing Held on 2/11/00 Re: [4-2] Motion To Sever or
                Dismiss the Debtor from this Action to Allow Remand by
                Reading & Bates Horizontal Drilling Ltd, Reading & Bates
                Construction Co, [4-3] Motion To Dismiss the Debtor's
                Chapter 11 Petititon Reading & Bates Horizontal Drilling
                Ltd, Reading & Bates Construction Co. Arguments presented.
                Court reviewed Schedules, case law.  Court determined case
                should be dismissed; case should be remanded.  Order to be
                prepared and submitted by M Schmidt within 10 days. (cgn)
                [EOD 02/14/00] [00-2014]

2/18/00  9      Motion By Defendant Baker Energy Resources Corporation To
                Reconsider Order [6-1] Remanding Adversary 00-2014 to the
                113th Judicial District Court of Harris County, Texas. (cgn)
                [EOD 02/21/00] [00-2014]

2/22/00  10     Court's Notice of Hearing RE: [9-1] Motion To Reconsider
                Order Remanding Adversary 00-2014 to the 113th Judicial
                District Court of Harris County, Texas [6-1] by Baker
                Energy Resources Corporation Scheduled For 9:00 3/6/00 at
                615 Leopard, Corpus Christi . Parties Notified. Movant to
                Notice: yes. (cgn) [EOD 02/23/00] [00-2014]

2/22/00  11     Motion By Plaintiff Reading & Bates Construction Co,
                Plaintiff Reading & Bates Horizontal Drilling Ltd To
                Expedite Hearing Re: ( [9-1] Motion To Reconsider Order
                [6-1] by Baker Energy Resources Corporation ) (Requesting
                hearing be expedited to 2/25/00) -- to JG. (cgn)
                [EOD 02/23/00] [00-2014]

2/23/00  12     Order Setting Scheduling Conference/Hearing RE: [9-1]
                Motion To Reconsider Order [6-1] by Baker Energy Resources
                Corporation Scheduled 10:00 2/25/00 by telephone conference
                ORDERED that a telephonic scheduling conference for the
                purpose of setting a hearing date for the Debtor's Motion
                for Reconsideration is hereby set for 2/25/00 at 10:00 am.
                Further, Counsel for Debtor shall make the arrangements for
                the telephone hearing. Parties Notified. (cgn)
                [EOD 02/23/00] [00-2014]

2/23/00  13     Objection By Defendant Baker Energy Resources Corporation
                To [11-1] Motion To Expedite Hearing Re: ( [9-1] Motion To
                Reconsider Order [6-1] by Baker Energy Resources ) by
                Reading & Bates Horizontal Drilling Ltd, Reading & Bates
                Construction Co -- to TA. (cgn) [EOD 02/25/00]
                [00-2014]

2/25/00  14     Order Setting Expedited Hearing/Granting [11-1] Motion To
                Expedite Hearing Re: ( [9-1] Motion To Reconsider Order
                [6-1] by Baker Energy Resources Corporation ) by Reading &
                Bates Horizontal Drilling Ltd, Reading & Bates Construction
                Co Hearing reset To 10:00 3/8/00 at 600 E Harrison,
                Brownsville . Parties Notified. (cgn) [EOD 02/25/00]
                [00-2014]
```

Proceedings include events between 1/1/31 and 3/17/00.
00-2014          Reading & Bates Construction Co, et al v. Baker Energy Resource

2/25/00   15      Hearing on 2/25/00 Re: [9-1] Motion To Reconsider Order
                  Remanding Adversary to the 113th Judicial District Court of
                  Harris County, Texas [6-1] by Baker Energy Resources
                  Corporation. Arguments presented. Continued 9:00 3/8/00 at
                  600 E Harrison, Brownsville (cgn) [EOD 02/25/00]
                  [00-2014]

3/7/00    16      Brief/Memorandum By  Plaintiff Reading & Bates Construction
                  Co, Plaintiff Reading & Bates Horizontal Drilling Ltd In
                  Opposition To [9-1] Motion To Reconsider Order [6-1] by
                  Baker Energy Resources Corporation -- to TA. (cgn)
                  [EOD 03/07/00] [00-2014]

3/8/00    17      Brief/Memorandum By Defendant Baker Energy Resources
                  Corporation In Support Of [9-1] Motion To Reconsider Order
                  [6-1] by Baker Energy Resources Corporation -- to KW. (cgn)
                  [EOD 03/08/00] [00-2014]

3/8/00    18      Hearing Held on 3/8/00 Re: [9-1] Motion To Reconsider Order
                  Remanding Adversary to the 113th Judicial District Court of
                  Harris County [6-1] by Baker Energy Resources Corporation .
                  Arguments presented. Under consideration. Exhibits offered
                  and admitted (only one set tendered to Court). (cgn)
                  [EOD 03/10/00] [00-2014]

3/8/00    --      Order Under Advisement [9-1] Motion To Reconsider Order
                  [6-1] by Baker Energy Resources Corporation . Parties
                  Notified. (cgn) [EOD 03/10/00] [00-2014]

3/8/00    19      Defendant Baker Energy Resources Corporation Exhibit List
                  (cgn) [EOD 03/10/00] [00-2014]

3/13/00   20      Transcript of Hearing Held on 2/11/00 (cgn) [EOD 03/13/00]
                  [00-2014]

3/14/00   21      Supplemental Memorandum In Opposition to Debtor's Motion
                  for Reconsideration RE: [16-1] Opposition Brief/Memorandum
                  by Reading & Bates Horizontal Drilling Ltd, Reading & Bates
                  Construction Co filed by Plaintiff Reading & Bates
                  Construction Co, Plaintiff Reading & Bates Horizontal
                  Drilling Ltd -- to KW. (cgn) [EOD 03/15/00] [00-2014]

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk of Court
By _____Candy Neal_____
                              Deputy Clerk

Docket as of March 17, 2000 11:58 am              Page 5

RUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk of Court

*Candy T Clak*

Deputy Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BAKER ENERGY RESOURCES | § | CASE NO. 00-20338-C-11 |
| CORPORATION, | § | CHAPTER 11 |
| | § | |
| DEBTOR | § | APPEAL NO. 00-04 |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## RECORD ON APPEAL

The following items are included in this transmittal of record on appeal from Bankruptcy Main Case No. 00-20338-C-11:

1.    Voluntary Petition, filed 2/2/00 (Document #1);

2.    Verification of Creditor Matrix, filed 2/2/00 (Document #2);

3.    Order Dismissing Chapter 11 Case, entered 2/11/00 (Document #3);

4.    Notice of Appeal, filed 2/18/00 (Document #4);

5.    Summary of Schedules/Schedules, filed 2/28/00 (Document #7);

6.    Statement of Financial Affairs, filed 2/28/00 (Document #8);

7.    List of Creditors Holding 20 Largest Unsecured Claims, filed 2/28/00 (Document #9);

**The following items are included in this transmittal of record on appeal from Adversary Case 00-2014:**

8.    Emergency Motion to Remand Civil Action Removed From The District Court of Harris County, Texas or Alternatively to Sever or Dismiss the Debtor From the Action to Allow Remand or Alternatively to Dismiss the Debtor's Chapter 11 Petition, filed 2/9/00 (Document #4);

9.    Order Remanding Adversary to the 113th Judicial District Court of Harris County, Texas, entered 2/11/00 (Document #6);

10. Debtor-Defendant's Response to Plaintiff's Emergency motion to Remand, filed 2/11/00 (Document #7);

11. Motion for Reconsideration of Order Remanding Adversary 00-2014 to the 113th Judicial District Court of Harris County, Texas, filed 2/18/00 (Document #9);

12. Motion for Expedited Hearing (on Debtor's Motion for Reconsideration of Order Remanding Adversary), filed on 2/22/00 (Document #11);

13. Order Setting Expedited Hearing on Debtor's Motion for Reconsideration of Order Remanding Adversary 00-2014, entered 2/25/00 (Document #14)

14. Memorandum In Opposition to Debtor's Motion for Reconsideration of Order Remanding advisory 00-2014 to the 113th Judicial District Court of Harris County, Texas, filed 3/7/00 (Document #16);

15. Brief in Support of Debtor-Defendant's Motion for Reconsideration on Order Granting Plaintiff's Emergency Motion to Remand filed 3/3/00 (Document #17);

16. Transcript of Hearing on 2/11/00 on Plaintiff's Motion to Remand (Document #20)

17. Reading & Bates' Supplemental Memorandum In Opposition to Debtor's Motion for Reconsideration, filed 3/14/00 (Document #21).

**The following items are undocketed items which are included in this transmittal of record on appeal:**

18. Proffer of Testimony and Judicial Notice in Support of Debtor-Defendant's Motion for Reconsideration on Order Granting Plaintiff's Emergency Motion to Remand dated 3/8/00;

19. Reading & Bates' Exhibits 1-3 introduced at Hearing on Emergency Motion to Remand.

Dated at Corpus Christi, Texas on March 17, 2000.

MICHAEL N. MILBY, CLERK

BY: _Candy Neal_

Candy Neal, Deputy Clerk

C:\APPEALS\00-04\RECORD

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk of Court
By _Candy Geal_
                              Deputy Clerk

U.S. Bankruptcy Court
Southern District of Texas (Corpus Chris)

Bankruptcy Petition #: 00-20338

Date filed: 2/3/00
Assigned to: Richard S. Schmidt
Chapter 11  voluntary                    asset


========================         * Attorneys *

BAKER ENERGY RESOURCES            Nathaniel Peter Holzer
CORPORATION                       Jordan Hyden et al
P O Box 190                       500 N Shoreline
Ingleside, TX 78362-0190          Ste 900
Tax ID:  74-2140801               Corpus Christi, TX 78471
      * Debtor *                  361-884-5678

                                  Anne E Catmull
                                  606 N Carancahua St
                                  Suite 102
                                  Corpus Christi, TX 78476


- - - - - - - - - - - - - - - - -

UNITED STATES TRUSTEE             Barbara C Kurtz
515 Rusk                          Office of U S Trustee
Ste 3516                          606 N Carancahua
Houston, TX 77002                 Ste 1107
      * U.S. Trustee *            Corpus Christi, TX 78476
                                  512-361-888-3261


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Proceedings include events between 1/1/31 and 3/17/00.

2/2/00   1      Voluntary Petition missing documents: Schedule C,I,J
                Debtors Statement Of Intent Due on 2/18/00 , Disclosure
                statement due 6/2/00 Chapter 11 Plan due 6/2/00 ;Proof of
                Claim (gov) Deadline: 8/1/00 . ( Filing Fee $ 830.00
                Receipt # 944172) (swm) [EOD 02/03/00]
                [Edit date 02/15/00] [00-20338]

2/2/00   2      Receipt of Creditors List / Matrix (cgn) [EOD 02/09/00]
                [00-20338]

2/3/00   --     Complaint (00-2014) Reading & Bates Construction Co  vs.
                Baker Energy Resources Corporation . NOS 459 Application
                For Removal - Case removed from 113th Judidical District
                Court of Harris County, Texas, Cause Number 93-20592 (No
                removed pleadings filed) . ( Filing Fee $ 150.00 Receipt #
                944213) (swm) [EOD 02/07/00] [00-2014]

Docket as of March 17, 2000 11:56 am              Page 1

Proceedings include events between 1/1/31 and 3/17/00.
00-20338          In re: Baker Energy Resources Corporation

| | | |
|---|---|---|
| 2/11/00 | 3 | Sua Sponte Order To Dismiss Case without prejudice . Parties Notified. (jb) [EOD 02/11/00] [00-20338] |
| 2/18/00 | 4 | Notice Of Appeal By Baker Energy Resources Corporation Appellant Designation Due: 2/28/00 RE: [3-1] Order Dismissing Case without prejudice (APPEAL NO. 00-04) -- TO JG. (cgn) [EOD 02/22/00] [00-20338] |
| 2/22/00 | -- | Appeal Filing Fee Paid in Full RE: [4-1] Notice of Appeal by Baker Energy Resources Corporation ( Appeal Fee $ 105.00 Receipt # 00944490) (APPEAL NO. 00-04). (cgn) [EOD 02/22/00] [00-20338] |
| 2/22/00 | 5 | NOTICE OF RETENTION OF BANKRUPTCY RECORD pursuant to Local Bankruptcy Rule 8007.  Parties notified. APPEAL NO. 00-04. (cgn) [EOD 02/22/00] [00-20338] |
| 2/22/00 | -- | Mailed Notice of Filing of Notice of Appeal to All Parties Listed on the Notice of Appeal. RE: [4-1] Notice of Appeal by Baker Energy Resources Corporation (APPEAL NO. 00-04). (cgn) [EOD 02/22/00] [00-20338] |
| 2/28/00 | 6 | Appellant's Designation By Baker Energy Resources Corporation Of Contents For Inclusion In Record On Appeal Re: [4-1] Notice of Appeal by Baker Energy Resources Corporation (APPEAL NO 00-04). (cgn) [EOD 02/29/00] [00-20338] |
| 2/28/00 | 6 | Statement of Issues on Appeal. Filed by : Debtor Baker Energy Resources Corporation (APPEAL NO 00-04). (cgn) [EOD 02/29/00] [00-20338] |
| 2/28/00 | 7 | Schedules A, B, D, E, F, G, H, and Summary of Schedules. (cgn) [EOD 03/01/00] [00-20338] |
| 2/28/00 | 8 | Statement of Financial Affairs. (cgn) [EOD 03/01/00] [00-20338] |
| 2/28/00 | 9 | Twenty Largest Unsecured Creditors (cgn) [EOD 03/01/00] [00-20338] |
| 2/29/00 | 10 | Amended Certificate Of Service By Anne E Catmull for Debtor Baker Energy Resources Corporation Of [6-1] Appellant Designation by Baker Energy Resources Corporation, [6-1] Issues on Appeal Statement filed by Baker Energy Resources Corporation . (cgn) [EOD 03/08/00] [Edit date 03/10/00] [00-20338] |
| 3/9/00 | 11 | Appellee's Designation By Reading & Bates Construction Company, Reading & Bates Horizontal Drilling Ltd Of Contents For Inclusion In Record On Appeal Re: [4-1] Notice of Appeal by Baker Energy Resources Corporation (APPEAL NO. 00-04) (cgn) [EOD 03/10/00] [00-20338] |

Docket as of March 17, 2000 11:56 am                    Page 2

Proceedings include events between 1/1/31 and 3/17/00.
00-20338          In re: Baker Energy Resources Corporation

3/13/00   12          First Supplement to Designation of Record on Appeal RE:
                      [6-1] Appellant Designation by Baker Energy Resources
                      Corporation filed by Debtor Baker Energy Resources
                      Corporation APPEAL NO. 00-04. (cgn) [EOD 03/14/00]
                      [00-20338]

3/16/00   13          First Supplemental Designation of Additional Items to be
                      Included in the Record on Appeal RE: [11-1] Appellee
                      Designation by Reading & Bates Horizontal Drilling Ltd,
                      Reading & Bates Construction Company APPEAL NO. 00-04. (cgn)
                      [EOD 03/16/00] [00-20338]

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk of Court
By _____
                      Deputy Clerk

Docket as of March 17, 2000 11:56 am                    Page 3