IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Baker Energy Resources Corp.

VS.  C.A. NO. C-00-128

Reading & Bates Construction Co.

3.

United States District Court
Southern District of Texas
ENTERED
APR 10 2000
Michael N. Milby, Clerk of Court

## ORDER SETTING DEADLINES IN BANKRUPTCY APPEAL

RE: Baker Energy Resources Corporation
Bankruptcy Case No. 00-20338-C-11
        Adv. No. 00-2014

TAKE NOTICE THAT the Clerk of the District Court for the Southern District of Texas, Corpus Christi Division has received a Record on Appeal for the above referenced case. The Record on Appeal was docketed on March 31, 2000, and was assigned a civil action number: CA-C-00-128. All future pleadings filed in this appeal shall bear this civil action number.

See Bankruptcy Rule 8009 for deadlines for the filing and service of briefs. Only those reply briefs permitted by Bankruptcy Rule 8009(a)(3) may be filed without leave of court. No responses to a reply brief may be filed without leave of court.

Bankruptcy Rule 8010 establishes the form and length of your brief. Double spacing is required.

Oral argument is set for _As moved by the parties_, unless the Court determines the issues are satisfactorily presented without oral presentation.

Failure to timely file briefs may result in the appeal being dismissed. Bankruptcy Rule 8001.

ORDERED this __7__ day of __April__, 2000.

_____
UNITED STATES DISTRICT JUDGE