

# UNITED STATES OF AMERICA
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

BAKER ENERGY RESOURCES CORP.

V.                                             CASE NUMBER:    CA-C-00-128

READING & BATES CONSTRUCTION CO.

**NOTICE TO APPEAR**

United States District Court
Southern District of Texas
FILED

APR 1 3 2000

Michael N. Milby
Clerk of Court

TO:   Michael Schmidt
      Richard Simmons


**YOU ARE ORDERED TO APPEAR** <u>Thursday, May 25, 2000 at 1:15 p.m.</u>, before:

U. S. District Judge H. W. Head, Jr.
United States Courthouse
2nd Floor Courtroom
521 Starr Street
Corpus Christi, Texas  78401

**TO ATTEND THE FOLLOWING PROCEEDING:**

| | |
|---|---|
| ___ Final Pretrial Conference | ___ Motion Hearing: |
| ___ Jury Selection and Trial | ___ Show Cause Hearing |
| ___ Sentencing | ___ Status Conference |
| ___ Revocation Hearing | _X_ Other: Bankruptcy Arguments |

*BY ORDER OF THE COURT*
Michael N. Milby, Clerk of Court
By Deputy:  __Judith F. Alvarez__                    Date: __April 13, 2000__

4.