SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED
SOUTHERN DISTRICT OF TEXAS
APR 18 2000
MICHAEL N. MILBY CLERK

| | |
|---|---|
| Baker Energy Resources Corp. | § § |
| versus | § CIVIL ACTION NO. CA-C-00-128 |
| | § |
| Reading & Bates Construction Co. | § |

## CLERK'S NOTICE OF DEFICIENT PLEADING

The Clerk has filed the <u>Appellant's Unopposed Motion to Extend Time to File Appellant's Brief</u>; however, it is deficient as checked. (L.R. refers to the Local Rules of this District.)

1. ____ Document is not signed. (L.R.2.A.)

2. ____ Document is not signed by, or by permission of, attorney in charge (L.R.2C.)

3. ✓ Document does not furnish required attorney information. (L.R. 2.C.1. (a) through (f).

4. ____ No certificate of service or explanation why service is not required. (L.R.3.G.)

5. ____ Motion does not comply with L.R.6.

    a. ____ No certificate of consultation (L.R. 6.A.4.)

    b. ____ No certificate of service of motion. (L.R.6.C.)

6. ____ Other: _____

The presiding judicial officer in this matter has requested that deficient pleadings be forwarded to chambers for a strike order if the deficiency is not corrected within FIVE days. You need only re-file the correction specified, but your correction must include the caption and cause number (see L.R. 3.E.) as well as a certificate of service to all opposing counsel.

Date: 04-18-00          _____
                                                    UNITED STATES DEPUTY CLERK

ntcdfplg.stk
02/07/2000