IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 2 1 2000
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE: | § § | |
| BAKER ENERGY RESOURCES, | § § | BANKR. CASE 00-20338-C-11 |
| DEBTOR | § § | CHAPTER 11 |
| BAKER ENERGY RESOURCES CORPORATION VS. | § § § § § | APPEAL NO. CIVIL ACTION CA-C-00-128 |
| READING AND BATES CONSTRUCTION CO. | § § § | |

**APPELLANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF**
**ORDER EXTENDING DEADLINE TO FILE APPELLANT'S BRIEF**

On this date came on to be considered Appellant's Unopposed Motion to Extend Time to File Brief in the above-entitled and numbered cause, and the Court having found that Appellee is unopposed to the Motion and that good cause exists to extend the deadline to file Appellant's Brief, it is therefore,

ORDERED that the deadline to file Appellant's Brief is extended by one day to April 18, 2000.

SIGNED: 4/19/00

_____
UNITED STATES DISTRICT JUDGE

Submitted & Entry Requested By:

*Jordan, Hyden, Womble & Culbreth, P.C.*
500 North Shoreline Blvd., Suite 900
Corpus Christi, Texas 78471
Telephone: (361) 884-5678
Telecopier: (361) 888-5555