United States District Court
Southern District of Texas
FILED

APR 24 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| BAKER ENERGY RESOURCES, | § § | BANKR. CASE 00-20338-C-11 |
| DEBTOR | § § | CHAPTER 11 |
| BAKER ENERGY RESOURCES CORPORATION VS. | § § § § § | APPEAL NO. CIVIL ACTION CA-C-00-128 |
| READING AND BATES CONSTRUCTION CO. | § § | |

## APPELLANT'S CORRECTED UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES **BAKER ENERGY RESOURCES,** the Appellant in the above-entitled and numbered cause, and asks the Court to extend the time to file Appellant's Brief, as authorized by Rules 8009 and 8011, U.S. Bankruptcy Rules, and in support thereof would show the Court as follows:

1. On February 11, 2000, the United States Bankruptcy Court, Southern District of Texas, Corpus Christi Division, dismissed Baker Energy Resource Corporation's chapter 11 bankruptcy proceeding.

2. On February 18, 2000, Appellant filed Notice of Appeal in the above-referenced bankruptcy proceeding, pursuant to 28 U.S.C. § 158(a).

3. On March 31, 2000, Clerk of this Court docketed the appeal pursuant to Rule 8007 of which Appellant received timely notice.

4. Under Rule 8009, U.S. Bankruptcy Rules, Appellant's Brief is required to be filed fifteen days from the date docketed. Under Rule 9006 Appellant's brief is due today. However, due to

9.

unanticipated circumstances, counsel for Appellant requires one additional day to prepare and file Appellant's brief. Counsel for Appellee agrees not to oppose the extension of time.

WHEREFORE, Appellant prays that the Court enter an Order Extending Appellant's Deadline to File its Brief by one additional day, and for such further relief, at law and in equity, to which Appellant may show itself justly entitled.

Respectfully,

Shelby A. Jordan
State Bar No. 11016700
Admissions No. 2195
Anne E. Catmull
State Bar No. 00794932
Admissions No. 19615
*Jordan, Hyden, Womble & Culbreth, P.C.*
500 North Shoreline, Suite 900
Corpus Christi, Texas 78471
Telephone No. (361) 884-5678
Telecopier No. (361) 888-5555

**ATTORNEYS FOR APPELLANT
BAKER ENERGY RESOURCES CORPORATION**

**CERTIFICATE OF CONFERENCE**

I hereby certify that on the 17th day of April, 2000, I conferred with Mike Schmidt, counsel for Appellee, and that Mike Schmidt advised me that he is not opposed to Appellant's Unopposed Motion to Extend Time to File Appellant's Brief in the above-entitled and numbered appeal.

Nathaniel Pete Holzer

**CERTIFICATE OF SERVICE**

I, Shelby A. Jordan, certify that a true and correct copy of the foregoing instrument was mailed to all parties and counsel as provided below, by first class mail, on April 24, 2000.

Chris E. Ryman
COATS, ROSE, YALE, RYMAN & LEE, P.C.
800 First City Tower
1001 Fannin Street
Houston, Texas 77002
**ATTORNEYS FOR PLAINTIFFS**

Richard A. Schwartz
Phillip W. Bechter
SCHWARTZ, JUNELL, CAMPBELL
 & OATHOUT, L.L.P.
Two Houston Center
909 Fannin Street, Suite 2000
Houston, Texas 77010

Leonard Rose
Robert W. Tormohlen
LEWIS, RICE & FINGERSH, L.C.
1010 Walnut, Suite 500
Kansas City, MO 64106
**ATTORNEYS FOR PLAINTIFFS**

_____
Shelby A. Jordan

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| BAKER ENERGY RESOURCES, | § § | BANKR. CASE 00-20338-C-11 |
| DEBTOR | § § | CHAPTER 11 |
| BAKER ENERGY RESOURCES CORPORATION | § § | |
| VS. | § § | APPEAL NO. CIVIL ACTION CA-C-00-128 |
| READING AND BATES CONSTRUCTION CO. | § § § | |

### ORDER EXTENDING DEADLINE TO FILE APPELLANT'S BRIEF

On this date came on to be considered Appellant's Unopposed Motion to Extend Time to File Brief in the above-entitled and numbered cause, and the Court having found that Appellee is unopposed to the Motion and that good cause exists to extend the deadline to file Appellant's Brief, it is therefore,

ORDERED that the deadline to file Appellant's Brief is extended by one day to April 18, 2000.

SIGNED: _____

_____
UNITED STATES DISTRICT JUDGE

Submitted & Entry Requested By:

Shelby A. Jordan
State Bar No. 11016700
Admissions No. 2195
Anne E. Catmull
State Bar No. 00794932
Admissions No. 19615
*Jordan, Hyden, Womble & Culbreth, P.C.*
500 North Shoreline, Suite 900
Corpus Christi, Texas 78471
Telephone No. (361) 884-5678
Telecopier No. (361) 888-5555
ATTORNEYS FOR APPELLANT
BAKER ENERGY RESOURCES CORPORATION