United States District Court
Southern District of Texas
ENTERED

APR 2 8 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BAKER ENERGY RESOURCES, | § | BANKR. CASE 00-20338-C-11 |
| | § | |
| DEBTOR | § | CHAPTER 11 |
| | § | |
| BAKER ENERGY RESOURCES CORPORATION | § | |
| VS. | § | APPEAL NO. |
| | § | CIVIL ACTION CA-C-00-128 |
| | § | |
| READING AND BATES CONSTRUCTION CO. | § | |

## ORDER EXTENDING DEADLINE TO FILE APPELLANT'S BRIEF

On this date came on to be considered Appellant's Unopposed Motion to Extend Time to File Brief in the above-entitled and numbered cause, and the Court having found that Appellee is unopposed to the Motion and that good cause exists to extend the deadline to file Appellant's Brief, it is therefore,

ORDERED that the deadline to file Appellant's Brief is extended by one day to April 18, 2000.

SIGNED: 4/27/00

_____
UNITED STATES DISTRICT JUDGE

Submitted & Entry Requested By:

Shelby A. Jordan
State Bar No. 11016700
Admissions No. 2195
Anne E. Catmull
State Bar No. 00794932
Admissions No. 19615
***Jordan, Hyden, Womble & Culbreth, P.C.***
500 North Shoreline, Suite 900
Corpus Christi, Texas 78471
Telephone No. (361) 884-5678
Telecopier No. (361) 888-5555
ATTORNEYS FOR APPELLANT
BAKER ENERGY RESOURCES CORPORATION