IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAY - 1 2000

MICHAEL N. MILBY CLERK

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BAKER ENERGY RESOURCES | § | CASE NO. 00-20338-C-11 |
| CORPORATION, | § | (Chapter 11) |
| | § | |
| DEBTOR | § | CA-C- 00- 128 |

### APPELLANT'S FIRST AMENDED DESIGNATION OF RECORD ON APPEAL AND STATEMENT OF ISSUES PRESENTED ON APPEAL

TO THE CLERK OF THE COURT:

COMES NOW, Appellant, Debtor in the above referenced bankruptcy (herein "Appellants"), and, pursuant to BRP 8006, files this First Amended Statement Of Issues Presented On Appeal and its First Amended Designation of the Items To Be Included In the Record on Appeal.

### I.
### Issue To Be Presented

1. Whether the bankruptcy Court erred in dismissing Appellant's Chapter 11 proceeding sua sponte.

2. Whether the bankruptcy Court's February 11, 2000 sua sponte dismissal of Appellant's Chapter 11 proceeding violated the Constitutional due process rights of those known parties who had not been given notice of the hearing.

3. Whether the bankruptcy Court's February 11, 2000 sua sponte dismissal of Appellant's Chapter 11 proceeding, without notice to all claimants and a hearing, was in violation of Bankruptcy Code § 1112(b).

### II
### Designation of Record on Appeal

TO THE CLERK OF THE COURT:

COMES NOW, Appellant, Debtor in the above referenced bankruptcy (herein "Appellants"), and, pursuant to BRP 8006, files this First Amended Statement Of Issues

---

First Amended Designation
of Record on Appeal

Presented On Appeal and its First Amended Designation of the Items To Be Included In the Record on Appeal.

| Filing or Entry Date | Description | Tab # |
|---|---|---|
| None | Certified Copy of the Docket for bankruptcy case no. 00-20339 | 1 |
| 02/02/00 | Baker Energy's Voluntary Petition For Chapter 11 | 2 |
| 02/02/00 | Receipt for $830.00 paid to the Clerk for the United States Bankruptcy Court Southern District of Texas, Corpus Christi Division | 3 |
| 02/02/00 | Disclosure of Compensation For Attorney For Debtors | 4 |
| 02/02/00 | List of Creditors Holding 20 Largest Unsecured Claims | 5 |
| 02/02/00 | Summary of Schedules w/attached Schedules A, B, D, E, F, G, and H. | 6 |
| 02/02/00 | Declaration Concerning Debtor's Schedules | 7 |
| 02/02/00 | List of Equity Security Holders | 8 |
| 02/02/00 | Verification of Creditor Matrix | 9 |
| 02/02/00 | Statement of Financial Affairs | 10 |
| 02/11/00 | Order Dismissing Chapter 11 Case | 11 |
| 02/18/00 | Notice of Appeal | 12 |
| 02/11/00 | Debtor-Defendant's Response to Plaintiff's Emergency Motion to Remand | 13 |
| 02/11/00 | Order Remanding | 14 |
| 02/28/00 | Debtor's First Amended List of Creditors Holding 20 Largest Unsecured Claims | 15 |
| 02/18/00 | Motion For Reconsideration of Order Remanding Adversary 00-2-14 to the 1134th Judicial District Court of Harris County, Texas | 16 |
| 02/28/00 | Debtor's First Amended Schedules | 17 |
| 02/28/00 | Debtor's First Amended Statement of Affairs | 18 |

First Amended Designation of
Record on Appeal

Page 2.

Respectfully Submitted,

_____
Shelby A. Jordan
Admissions No. 2165
Texas State Bar # 11016700
Nathaniel Peter Holzer
Admissions No. 21503
Texas State Bar # 00793971
Harlin C. Womble, Jr.
Admissions No. 8959
State Bar No. 21880300
Anne Catmull
Admissions No. 19615
Texas State Bar # 00794932
JORDAN, HYDEN, WOMBLE & CULBRETH, P.C.
500 N. Shoreline, Ste. 900
Corpus Christi, Texas 78471
Telephone No.: (361) 884-5678
Telecopier: No. (361) 884-5616

## CERTIFICATE OF SERVICE

I, Anne E. Catmull, certify that a true and correct copy of the foregoing instrument, less the copies of designated documents which are filed only with the clerk, was mailed to all persons on the listed below by first class mail, on May 1, 2000.

_____
Anne E. Catmull

Leonard Rose
Robert W. Tormohlen
LEWIS, RICE & FINGERSH, L.C.
1010 Walnut, Suite 500
Kansas City, MO 64106

Michael Schmidt
712 American Bank Plaza
Corpus Christi, TX 78475

_____
First Amended Designation of
Record on Appeal

Page 3.

# EXHIBITS NOT IMAGED