United States District Court
Southern District of Texas
FILED

MAY - 1 2000

MICHAEL N. MILBY  CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BAKER ENERGY RESOURCES | § | CASE NO. 00-20338-C-11 |
| CORPORATION, | § | (Chapter 11) |
| | § | |
| DEBTOR | § | *CA -C - OO -128* |

## APPELLANT 'S FIRST AMENDED FIRST SUPPLEMENT TO DESIGNATION OF RECORD ON APPEAL

TO THE CLERK OF THE COURT:

COMES NOW, Appellant, Debtor in the above-referenced bankruptcy (herein "Appellants"), and, pursuant to BRP 8006, files Appellant's First Amended First Supplement to Designation of the Items To Be Included In the Record on Appeal.

| Filing or Entry Date | Description | Tab # |
|---|---|---|
| None | transcript of 2/11/00 hearing on Plaintiff's Motion to Remand | 1 |
| 3/8/00 | Proffer of Testimony (of Larry Baker, Jr.) and Judicial Notice in Support of Debtor-Defendant's Motion for Reconsideration On Order Granting Plaintiff's Emergency Motion to Remand | 2 |
| 3/8/00 | Brief In Support Of Debtor-Defendant's Motion For Reconsideration On Order Granting Plaintiff's Emergency Motion To Remand | 3 |

Respectfully submitted,

Shelby A. Jordan
Admissions No. 2195
Texas State Bar # 11016700
Nathaniel Peter Holzer
Admissions No. 21503
Texas State Bar # 00793971
Harlin C. Womble, Jr.
Admissions No. 8959

12.

State Bar No. 21880300
Anne Catmull
Admissions No. 19615
Texas State Bar # 00794932
JORDAN, HYDEN, WOMBLE & CULBRETH, P.C.
500 N. Shoreline, Ste. 900
Corpus Christi, Texas 78471
Telephone No.: (361) 884-5678
Telecopier: No. (361) 884-5616

## CERTIFICATE OF SERVICE

I, Anne E. Catmull, certify that a true and correct copy of the foregoing instrument, less the copies of designated documents which are filed only with the clerk, was mailed to all persons on the listed below by first class mail, on May 1, 2000.

Anne E. Catmull

Leonard Rose
Robert W. Tormohlen
LEWIS, RICE & FINGERSH, L.C.
1010 Walnut, Suite 500
Kansas City, MO 64106

Michael Schmidt
712 American Bank Plaza
Corpus Christi, TX 78475

Notice of Appeal

# EXHIBITS
# NOT
# IMAGED

ClickPDF – www.1world.com