Texas State Bar # 00793971
Harlin C. Womble, Jr.
Admissions No. 8959
State Bar No. 21880300
Anne Catmull
Admissions No. 19615
Texas State Bar # 00794932
JORDAN, HYDEN, WOMBLE & CULBRETH, P.C.
500 N. Shoreline, Ste. 900
Corpus Christi, Texas 78471
Telephone No.: (361) 884-5678
Telecopier: No. (361) 884-5616

## CERTIFICATE OF SERVICE

I, Anne E. Catmull, certify that a true and correct copy of the foregoing instrument, less the copies of designated documents which are filed only with the clerk, was mailed to all persons on the listed below by first class mail, on May 2, 2000.

_____
Anne E. Catmull

Leonard Rose
Robert W. Tormohlen
LEWIS, RICE & FINGERSH, L.C.
1010 Walnut, Suite 500
Kansas City, MO 64106

Michael Schmidt
712 American Bank Plaza
Corpus Christi, TX 78475

Notice of Appeal

Page 2.

# EXHIBITS NOT IMAGED

ClibPDF - www.fastio.com

# EXHIBITS NOT IMAGED

ClibPDF - www.fastio.com