United States District Court
Southern District of Texas
FILED

MAY 0 3 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BAKER ENERGY RESOURCES, | § | BANKR. CASE 00-20338-C-11 |
| | § | |
| DEBTOR | § | CHAPTER 11 |
| | § | |
| BAKER ENERGY RESOURCES | § | |
| CORPORATION | § | |
| VS. | § | APPEAL NO. |
| | § | CIVIL ACTION CA-C-00-128 |
| | § | |
| READING AND BATES | § | |
| CONSTRUCTION CO. | § | |

## APPELLANT 'S SECOND SUPPLEMENT TO DESIGNATION OF RECORD ON APPEAL

TO THE CLERK OF THE COURT:

COMES NOW, Appellant, Debtor in the above-referenced bankruptcy (herein "Appellants"), and pursuant to BRP 8006, files Appellant's Second Supplement to Designation of the Items To Be Included In the Record on Appeal.

| Filing or Entry Date | Description | Tab No. |
|---|---|---|
| 3/8/00 | Baker Energy Resource's Exhibit List submitted at the hearing on Debtor's Motion for Reconsideration of Order Granting Plaintiff's Emergency Motion for Remand | A |
| 3/8/00 | Baker Energy Resource's Exhibits 1-58 submitted at the hearing on Debtor's Motion for Reconsideration of Order Granting Plaintiff's Emergency Motion for Remand | B 1-58 |

Respectfully submitted,

Shelby A. Jordan
Texas State Bar # 11016700
Admissions No. 2195

Anne Catmull
Texas State Bar # 00794932
Admissions No. 19615
*Jordan, Hyden, Womble & Culbreth, P.C.*
500 N. Shoreline, Ste. 900
Corpus Christi, Texas 78471
Telephone No.: (361) 884-5678
Telecopier: No. (361) 884-5616

## CERTIFICATE OF SERVICE

I, Anne E. Catmull, certify that a true and correct copy of the foregoing instrument, less the copies of designated documents B 1-58 which are filed only with the clerk, was mailed to all persons on the list attached as Exhibit "A," by first class mail, on May 2, 2000.

_____
Anne E. Catmull

Notice of Appeal

# EXHIBIT A- SERVICE LIST

Leonard Rose
 Robert W. Tormohlen
LEWIS, RICE & FINGERSH, L.C.
1010 Walnut, Suite 500
 Kansas City, MO 64106


Michael Schmidt
 712 American Bank Plaza
 Corpus Christi, TX  78475

A

CVISPDF – www.fastio.com

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CASE NO: 00-20338-C-11 | § DEBTOR: Baker Energy Resources Corporation |
| CHAPTER 11 | § |
| | § JUDGE: Richard Schmidt |
| ------------------------------------ | § DATE: 3/8/00 - Brownsville, Texas |
| | § ATTY'S NAME: Shelby Jordan; Anne Catmull; |
| Reading & Bates | § N. Peter Holzer |
| Plaintiff Adversary No. 00-2014-C | § ATTY'S PHONE: (361) 884-5678 |
| v. | § NATURE OF PROCEEDINGS: Debtor's Motion for |
| | § Reconsideration on Order Granting Plaintiff's |
| Baker Energy Resources | § Emergency Motion to Remand |
| Defendant | § |
| | § |

<u>WITNESSES</u>:
Larry Baker

## BAKER ENERGY RESOURCES' EXHIBIT LIST

| NO. | Description | MAR | OFF | OBJ | ADM | DAT | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 1 | Allen v. McCurry | | | | | | |
| 2 | Condrey v. Howard | | | | | | |
| 3 | Cornish v. Freeman | | | | | | |
| 4 | Daul v. Parish of Jefferson | | | | | | |
| 5 | Ditch v. Finkelstein | | | | | | |
| 6 | Durfee v. Duke | | | | | | |
| 7 | Getty Oil v. Insurance Company of North America | | | | | | |

## BAKER ENERGY RESOURCES' EXHIBIT LIST

| NO. | Description | M A R | O F F | O B J | A D M | D A T | Disposition After   Trial |
|-----|-------------|-------|-------|-------|-------|-------|---------------------------|
| 8 | Hargrave v. Mouton | | | | | | |
| 9 | Hy-Octane Investments Ltd. v. G&B Oil | | | | | | |
| 1 0 | Jensen Construction v. Department of Transportation | | | | | | |
| 1 1 | Lastie v. Warden | | | | | | |
| 1 2 | Matter of Hansler | | | | | | |
| 1 3 | Millet v. Crump | | | | | | |
| 1 4 | Oliver v. Department of Public Safety and Corrections | | | | | | |
| 1 5 | Reading & Bates v. Baker Energy 627 SW 2d 239 | | | | | | |
| 1 6 | Reading & Bates v. Baker Energy 96 F.R.D. 564 | | | | | | |
| 1 7 | Reading & Bates v. Baker Energy 649 So. 2d 581 | | | | | | |

## BAKER ENERGY RESOURCES' EXHIBIT LIST

| NO. | Description | M A R | O F F | O B J | A D M | D A T | Disposition After  Trial |
|-----|-------------|-------|-------|-------|-------|-------|--------------------------|
| 18 | Reading & Bates v. Baker Energy 698 So. 2d 413 | | | | | | |
| 19 | Reading & Bates v. Baker Energy 976 SW 2d 702 | | | | | | |
| 20 | Welch v. Crown Zellerback | | | | | | |
| 21 | Wood v. May (rev's on other grounds) | | | | | | |
| 22 | Zatarian v. WDSU Television | | | | | | |
| 23 | La. R.S. 13:4231 | | | | | | |
| 24 | Article 2036 | | | | | | |
| 25 | La.-C.C. Article 2040 | | | | | | |
| 26 | 28 U.S.C. § 1738 | | | | | | |
| 27 | Texas Business & Commerce Code 24.001 through 24.009 (Fraudulent Transfer Act) | | | | | | |

## BAKER ENERGY RESOURCES' EXHIBIT LIST

| NO. | Description | M A R | O F F | O B J | A D M | D A T | Disposition After Trial |
|-----|-------------|-------|-------|-------|-------|-------|-------------------------|
| 2 8 | Texas Property Code § 12.014 | | | | | | |
| 2 9 | Texas Rules of Civil Procedure 166a(i) | | | | | | |
| 3 0 | Defendant's Motion for Summary Judgement #1 | | | | | | |
| 3 1 | Findings of Fact and Conclusions of Law | | | | | | |
| 3 2 | Exhibits to Defendant's Motion for Summary Judgement #1 | | | | | | |
| 3 3 | Plaintiff's Response to Defendant's Motion for Summary Judgement and Plaintiff's Cross Motion for Partial Summary Judgment | | | | | | |
| 3 4 | Exhibit List to Plaintiff's to Defendant's Motion for Summary Judgement and Plaintiff's Cross Motion for Partial Summary Judgement | | | | | | |
| 3 5 | Defendant's Reply to Plaintiff's Response to Defendant's Motion for Summary Judgement and Plaintiff's Cross Motion for Partial Summary Judgment | | | | | | |
| 36 | Defendant's Second Motion for Summary Judgment | | | | | | |
| 3 7 | Plaintiff's Response to Defendant's Second Motion for Summary Judgment and Plaintiff's Alternative Motion to Stay and/ or Abate this Case Pending the Louisiana Appellate Process | | | | | | |

## BAKER ENERGY RESOURCES' EXHIBIT LIST

| NO. | Description | M A R | O F F | O B J | A D M | D A T | Disposition After Trial |
|-----|-------------|-------|-------|-------|-------|-------|-------------------------|
| 38 | Reply to Plaintiffs' Response to Defendant's Second Motion for Summary Judgment | | | | | | |
| 39 | Plaintiff's Supplemental Response to Defendant's Second Motion for Summary Judgment | | | | | | |
| 40 | Reply to Plaintiff's Supplemental Response to Defendant's Second Motion for Summary Judgment | | | | | | |
| 41 | Defendant's Third Motion for Summary Judgment | | | | | | |
| 42 | Plaintiff's Response to Defendant's Third Motion for Summary Judgment | | | | | | |
| 43 | Reply to Plaintiff's Response to Defendant's Third Motion for Summary Judgment | | | | | | |
| 44 | Plaintiff's Supplemental Response to Defendant's Third Motion for Summary Judgment | | | | | | |
| 45 | Defendant's Supplemental Reply To Plaintiff's Supplemental Response to Defendant's Third Motion for Summary Judgment | | | | | | |
| 46 | Agreed Motion To Continue the Trial Setting from April 7, 1997 | | | | | | |
| 47 | Agreed Motion To Continue the Trial Setting from November 17, 1997 | | | | | | |

## BAKER ENERGY RESOURCES' EXHIBIT LIST

| NO. | Description | MAR | OFF | OBJ | ADM | DAT | Disposition After Trial |
|-----|-------------|-----|-----|-----|-----|-----|-------------------------|
| 48 | LA C.C. ART. 2043 | | | | | | |
| 49 | LA C.C. ART 2480 | | | | | | |
| 50 | Summary of Schedules; Baker Energy | | | | | | |
| 51 | Summary of Schedules; Baker Energy | | | | | | |
| 52 | Reading & Bates v. Baker Energy Petition; No. 931791 BL | | | | | | |
| 53 | Reading & Bates v. Baker Energy; Application for Temporary Injunction; District Court of Harris County | | | | | | |
| 54 | Reading & Bates v. Baker Energy; Order; District court of Harris County | | | | | | |
| 55 | Service of Process Transmittal Form | | | | | | |
| 56 | Settlement Agreement | | | | | | |
| 57 | Judgment (Woodson) | | | | | | |

## BAKER ENERGY RESOURCES' EXHIBIT LIST

| NO. | Description | M A R | O F F | O B J | A D M | D A T | Disposition After Trial |
|-----|-------------|-------|-------|-------|-------|-------|-------------------------|
| 58  | Proffer of Larry Baker | | | | | | |

B

CVisPDF – www.fesiso.com

# TAB B  #1-58

# SEE NOTEBOOKS VOLUMES #1-5