# UNITED STATES OF AMERICA
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

RESETTING

**BAKER ENERGY RESOURCES CORP.**

V.                                                        CASE NUMBER:   CA-C-00-128

**READING & BATES, ET AL**

## NOTICE TO APPEAR

TO:   Shelby A. Jordan
      Michael B. Schmidt
      Richard Simmons (cmrr & reg. mail)

United States District Court
Southern District of Texas
FILED

JUN 1 6 2000

Michael N. Milby
Clerk of Court

**YOU ARE ORDERED TO APPEAR** <u>Wednesday, July 12, 2000 at 1:15 p.m.</u>, before:

U. S. District Judge H. W. Head, Jr.
United States Courthouse
2nd Floor Courtroom
521 Starr Street
Corpus Christi, Texas 78401

TO ATTEND THE FOLLOWING PROCEEDING:

___ Final Pretrial Conference          ___ Motion Hearing:

___ Jury Selection and Trial           ___ Show Cause Hearing

___ Sentencing                         ___ Status Conference

___ Revocation Hearing                 _X_ Other: Bankruptcy Arguments
                                       Continued from May 25, 2000.

*BY ORDER OF THE COURT*
Michael N. Milby, Clerk of Court
By Deputy: ___Judith F. Alvarez___       Date: <u>June 16, 2000</u>