# UNITED STATES OF AMERICA
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

RESETTING

BAKER ENERGY RESOURCES CORP.

V.                                         CASE NUMBER:   CA-C-00-128

READING & BATES, ET AL

## NOTICE TO APPEAR

TO:   Shelby A. Jordan
      Michael B. Schmidt
      Richard W. Simmons (cmrr & regular mail)


**YOU ARE ORDERED TO APPEAR** <u>Wednesday, July 19, 2000 at 1:15 p.m.</u>, before:

U. S. District Judge H. W. Head, Jr.
United States Courthouse
2nd Floor Courtroom
521 Starr Street
Corpus Christi, Texas  78401


TO ATTEND THE FOLLOWING PROCEEDING:

Bankruptcy Oral Arguments
Continued from July 12, 2000.

United States District Court
Southern District of Texas
FILED

JUN 2 0 2000

Michael N. Milby
Clerk of Court


*BY ORDER OF THE COURT*
Michael N. Milby, Clerk of Court
By Deputy:   __Judith F. Alvarez__           Date: <u>June 20, 2000</u>

20.