CV/~~CR~~ ACTION NO.: **C-00-128**

Baker Energy, appellant )  COUNSEL: Shelby Jordan

vs.

Reading & Bates, appellee )  COUNSEL: Michael Schmidt
                             Robert Tormollen

United States District Court
Southern District of Texas
FILED

JUL 19 2000

MICHAEL N. MILBY CLERK

JUDGE PRESIDING: **HAYDEN W. HEAD, JR.**

COURTROOM CLERK: Judith F. Alvarez   COURT RECORDER: Genay Rogan
LAW CLERK: M. Fassold            INTERPRETER: —
~~U. S. MARSHAL~~/CSO: R. Aguilar     U. S. P. O.: —
DATE: July 19, 2000   OPEN: 1:16 pm   ADJOURN: 2:06 pm
TAPE: 1/2705-2

Case called for Bankruptcy Arguments. Appearances made. Arguments are heard on appeal. Case remanded to bankruptcy court. ~~Adjourned.~~ Deadline for hearing is 30 days and a report to be written 30 days after that. Mr. Jordan is to bring in the written order tomorrow (7-20-00).