United States District Court
Southern District of Texas
ENTERED

JUL 2 4 2000

Michael N. Milby, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| BAKER ENERGY RESOURCES, | § | BANKR. CASE 00-20338-C-11 |
| | § | |
| DEBTOR | § | CHAPTER 11 |

| | | |
|---|---|---|
| BAKER ENERGY RESOURCES | § | |
| CORPORATION | § | |
| VS. | § | APPEAL NO. 22 . |
| | § | CIVIL ACTION CA-C-00-128 |
| READING AND BATES | § | |
| CONSTRUCTION CO. | § | |

## ORDER

On this date came on to be considered Baker Energy Resources Corporation appeal of the Honorable Bankruptcy Court's February 11, 2000 "Order Dismissing Chapter 11 Case" (the "Order") and having considered the appeal and the arguments of counsel, the Court FINDS that:

This matter should be remanded to conduct a further evidentiary hearing with notice to all parties; therefore it is

ORDERED that the Order of dismissal is remanded to the Bankruptcy Court so that the Bankruptcy Court shall, no later than thirty days from the day this order is signed, conduct an evidentiary hearing upon notice as to whether dismissal is appropriate; and it is further

ORDERED that the Bankruptcy Court shall, no later than thirty days from the day the United States Bankruptcy Court conducts the hearing, issue findings of facts and conclusions of law supporting its order disposing the Additional Hearing.

SIGNED: _____July 20_____, 2000.

_____
UNITED STATES DISTRICT JUDGE

Submitted & Entry Requested By:

Shelby A. Jordan
Texas State Bar # 11016700
Admissions # 2195
Anne Catmull
Texas State Bar # 00794932
Admissions # 19615
*Jordan, Hyden, Womble & Culbreth, P.C.*
500 North Shoreline Blvd., Suite 900
Corpus Christi, Texas 78471
Telephone: (361) 884-5678
Telecopier: (361) 888-5555

## ATTORNEYS FOR APPELLANT

Approved as to Form only:

Leonard Rose
Robert W. Tormohlen
LEWIS, RICE & FINGERSH, L.C.
1010 Walnut, Suite 500
Kansas City, MO 64106

Michael Schmidt
Texas State Bar # 17775200
Admissions # 10260
712 American Bank Plaza
Corpus Christi, TX 78475

## ATTORNEYS FOR APPELLEE

Notice of Appeal

Page 2.

Submitted & Entry Requested By:

Shelby A. Jordan
Texas State Bar # 11016700
Admissions # 2195
Anne Catmull
Texas State Bar # 00794932
Admissions # 19615
*Jordan, Hyden, Womble & Culbreth, P.C.*
500 North Shoreline Blvd., Suite 900
Corpus Christi, Texas 78471
Telephone: (361) 884-5678
Telecopier: (361) 888-5555

**ATTORNEYS FOR APPELLANT**

Approved as to Form only:

Leonard Rose
Robert W. Tormohlen
LEWIS, RICE & FINGERSH, L.C.
1010 Walnut, Suite 500
Kansas City, MO 64106

Michael Schmidt
Texas State Bar #
Admissions #
712 American Bank Plaza
Corpus Christi, TX 78475

**ATTORNEYS FOR APPELLEE**

---

Notice of Appeal

Page 2.