IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

AUG 15 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| IN RE: | § § | |
| BAKER ENERGY RESOURCES, | § § | BANKR. CASE 00-20338-C-11 |
| DEBTOR | § § | CHAPTER 11 |
| BAKER ENERGY RESOURCES CORPORATION VS. | § § § § § | APPEAL NO. CIVIL ACTION CA-C-00-128 |
| READING AND BATES CONSTRUCTION CO. | § § § | |

## EMERGENCY *JOINT* MOTION TO EXTEND DEADLINE BY WHICH BANKRUPTCY COURT MUST HOLD FURTHER EVIDENTIARY HEARING ON WHETHER TO DISMISS BANKRUPTCY CASE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COME **BAKER ENERGY RESOURCES** and **READING AND BATES CONSTRUCTION, CO.,** Appellant and Appellee, respectively, in the above-entitled and numbered cause, and file this Emergency Joint Motion to Extend Deadline By Which Bankruptcy Court Must Hold Further Evidentiary Hearing On Whether To Dismiss Bankruptcy Case, and in support thereof would show the Court as follows:

Introduction

1. On February 11, 2000, the United States Bankruptcy Court, Southern District of Texas, Corpus Christi Division, dismissed Baker Energy Resource Corporation's chapter 11 bankruptcy proceeding.

2. On February 18, 2000, Appellant filed Notice of Appeal (the "Appeal") in the above-referenced bankruptcy proceeding, pursuant to 28 U.S.C. § 158(a).

EMERGENCY JOINT MOTION TO EXTEND DEADLINE BY WHICH BANKRUPTCY
COURT MUST HOLD FURTHER EVIDENTIARY HEARING ON WHETHER TO DISMISS
BANKRUPTCY CASE

24

3. On July 19, 2000, this Honorable Court heard oral argument on the Appeal and ruled that the case shall be remanded to the Bankruptcy Court, directing the Bankruptcy Court to conduct further evidentiary hearing, upon notice, as to whether dismissal is appropriate and further directing the Bankruptcy Court to enter findings of facts and conclusions of law.

4. On July 20, 2000, this Honorable Court entered an order reflecting the above-described ruling and giving the Bankruptcy Court thirty days to conduct the evidentiary hearing. A copy of the order is attached and marked exhibit A. This Honorable Court set the thirty day deadline, at least in part, to address Appellee's request for speedy disposition.

5. In compliance with this Honorable Court's order, the Bankruptcy Court has scheduled the additional evidentiary hearing for August 17, 2000.

## Relief Requested

6. Appellant and Appellee request that this Honorable Court extend the deadline by which the Bankruptcy Court shall conduct further evidentiary hearing through and until September 12, 2000.

7. Appellant and Appellee make this joint request in order that the evidentiary hearing may occur on September 11, 2000 (an alternative date made available to the parties by the Bankruptcy Court pending this Court's ruling on the relief requested herein) in order to accommodate the schedule of counsel for Appellee whose office is located in Kansas City and who is not available for the August 17, 2000 setting.

8. No party in interest opposes this joint motion.

## Prayer

WHEREFORE, Appellant and Appellee pray that this Honorable Court enter an Order Extending Deadline By Which the Bankruptcy Court Must Hold Further Evidentiary Hearing On

EMERGENCY JOINT MOTION TO EXTEND DEADLINE BY WHICH BANKRUPTCY COURT MUST HOLD FURTHER EVIDENTIARY HEARING ON WHETHER TO DISMISS BANKRUPTCY CASE

Whether To Dismiss Bankruptcy Case and for such further relief, at law and in equity, to which Appellant and Appellee may show themselves justly entitled.

Respectfully submitted,

_____
Shelby A. Jordan
State Bar No. 11016700
Admissions No. 2195
Anne E. Catmull
State Bar No. 00794932
Admissions No. 19615
***Jordan, Hyden, Womble & Culbreth, P.C.***
500 North Shoreline, Suite 900
Corpus Christi, Texas 78471
Telephone No. (361) 884-5678
Telecopier No. (361) 888-5555
**ATTORNEYS FOR APPELLANT**
**BAKER ENERGY RESOURCES**
**CORPORATION**

*R. Tormohlen by permission*
*A. Catmull*
_____
Leonard Rose
State Bar No. 00785054
Robert W. Tormohlen
MO Bar No. 40024
LEWIS, RICE & FINGERSH, L.C.
1010 Walnut, Suite 500
Kansas City, MO 64106
Telephone No. (816) 421-2500
Telecopier No. (816) 472-2500
**ATTORNEYS FOR APPELLEE**

*M. Schmidt by permission*
*A. Catmull*
_____
Michael Schmidt
State Bar No. 17775200
Admissions No. 10260
712 American Bank Plaza
Corpus Christi, TX 78475
Telephone No. (361) 884-9949
Telecopier No. (361) 884-6000
**ATTORNEYS FOR APPELLEE**

EMERGENCY JOINT MOTION TO EXTEND DEADLINE BY WHICH BANKRUPTCY COURT MUST HOLD FURTHER EVIDENTIARY HEARING ON WHETHER TO DISMISS BANKRUPTCY CASE

## CERTIFICATE OF CONFERENCE

I hereby certify that on the 15th day of August 2000, I conferred with counsel for Appellee regarding the above request for relief.

_____
Anne E. Catmull

## CERTIFICATE OF SERVICE

I, Anne E. Catmull, certify that a true and correct copy of the foregoing instrument was mailed to all parties and counsel as provided below, by first class mail, on August 15, 2000.

Chris E. Ryman
COATS, ROSE, YALE, RYMAN & LEE, P.C.
800 First City Tower
1001 Fannin Street
Houston, Texas 77002
**ATTORNEYS FOR PLAINTIFFS**

Leonard Rose
Robert W. Tormohlen
LEWIS, RICE & FINGERSH, L.C.
1010 Walnut, Suite 500
Kansas City, MO 64106
**ATTORNEYS FOR PLAINTIFFS**

Richard A. Schwartz
Phillip W. Bechter
SCHWARTZ, JUNELL, CAMPBELL
 & OATHOUT, L.L.P.
Two Houston Center
909 Fannin Street, Suite 2000
Houston, Texas 77010

_____
Anne E. Catmull

EMERGENCY JOINT MOTION TO EXTEND DEADLINE BY WHICH BANKRUPTCY COURT MUST HOLD FURTHER EVIDENTIARY HEARING ON WHETHER TO DISMISS BANKRUPTCY CASE

A

ClibPDF - www.fastio.com

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| BAKER ENERGY RESOURCES, | § | BANKR. CASE 00-20338-C-11 |
| | § | |
| DEBTOR | § | CHAPTER 11 |
| BAKER ENERGY RESOURCES | § | |
| CORPORATION | § | |
| VS. | § | APPEAL NO. 22 |
| | § | CIVIL ACTION CA-C-00-128 |
| READING AND BATES | § | |
| CONSTRUCTION CO. | § | |

## ORDER

On this date came on to be considered Baker Energy Resources Corporation appeal of the Honorable Bankruptcy Court's February 11, 2000 "Order Dismissing Chapter 11 Case" (the "Order") and having considered the appeal and the arguments of counsel, the Court FINDS that:

This matter should be remanded to conduct a further evidentiary hearing with notice to all parties; therefore it is

ORDERED that the Order of dismissal is remanded to the Bankruptcy Court so that the Bankruptcy Court shall, no later than thirty days from the day this order is signed, conduct an evidentiary hearing upon notice as to whether dismissal is appropriate; and it is further

ORDERED that the Bankruptcy Court shall, no later than thirty days from the day the United States Bankruptcy Court conducts the hearing, issue findings of facts and conclusions of law supporting its order disposing the Additional Hearing.

SIGNED: _July 20_____, 2000.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| BAKER ENERGY RESOURCES, § | BANKR. CASE 00-20338-C-11 | |
| § | | |
| DEBTOR § | CHAPTER 11 | |

| | | |
|---|---|---|
| BAKER ENERGY RESOURCES § | | |
| CORPORATION § | | |
| VS. § | APPEAL NO. | |
| § | CIVIL ACTION CA-C-00-128 | |
| READING AND BATES § | | |
| CONSTRUCTION CO. § | | |

## ORDER

On this date came on to be considered the Emergency *Joint* Motion to Extend Deadline By Which Bankruptcy Court Must Hold Further Evidentiary Hearing On Whether To Dismiss Bankruptcy Case (the "Motion") and having considered the Motion and the lack of opposition thereto, the Court GRANTS the Motion.

It is therefore

ORDERED that the deadline by which the Bankruptcy Court shall conduct further evidentiary hearing on whether to dismiss the above-referenced bankruptcy case, pursuant to this Court's order signed July 20, 2000, is extended by and through September 12, 2000.

SIGNED: _____, 2000.

_____
UNITED STATES DISTRICT JUDGE

ClibPDF - www.fastio.com

Submitted & Entry Requested By:

_____
Shelby A. Jordan
Texas State Bar # 11016700
Admissions # 2195
Anne Catmull
Texas State Bar # 00794932
Admissions # 19615
*Jordan, Hyden, Womble & Culbreth, P.C.*
500 North Shoreline Blvd., Suite 900
Corpus Christi, Texas 78471
Telephone: (361) 884-5678
Telecopier: (361) 888-5555

**ATTORNEYS FOR APPELLANT**

_R. Tormohlen by permission / A. Catmull_
_____
Leonard Rose
State Bar No. 00785054
Robert W. Tormohlen
MO Bar No. 40024
LEWIS, RICE & FINGERSH, L.C.
1010 Walnut, Suite 500
Kansas City, MO 64106
Telephone No. (816) 421-2500
Telecopier No. (816) 472-2500
**ATTORNEYS FOR APPELLEE**

_M. Schmidt / by permission / A. Catmull_
_____
Michael Schmidt
State Bar No. 17775200
Admissions No. 10260
712 American Bank Plaza
Corpus Christi, TX 78475
Telephone No. (361) 884-9949
Telecopier No. (361) 884-6000
**ATTORNEYS FOR APPELLEE**

Page 2.