United States District Court
Southern District of Texas
ENTERED

AUG 16 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| BAKER ENERGY RESOURCES, | § | BANKR. CASE 00-20338-C-11 |
| | § | |
| DEBTOR | § | CHAPTER 11 |
| | § | |
| BAKER ENERGY RESOURCES | § | |
| CORPORATION | § | |
| VS. | § | APPEAL NO. 25. |
| | § | CIVIL ACTION CA-C-00-128 |
| READING AND BATES | § | |
| CONSTRUCTION CO. | § | |

## ORDER

On this date came on to be considered the Emergency *Joint* Motion to Extend Deadline By Which Bankruptcy Court Must Hold Further Evidentiary Hearing On Whether To Dismiss Bankruptcy Case (the "Motion") and having considered the Motion and the lack of opposition thereto, the Court ~~GRANTS~~ *denies* the Motion. *No good cause is stated. There are an ample number of attorneys for appellee to attend.*

It is therefore

~~ORDERED that the deadline by which the Bankruptcy Court shall conduct further evidentiary hearing on whether to dismiss the above-referenced bankruptcy case, pursuant to this Court's order signed July 20, 2000, is extended by and through September 12, 2000.~~

SIGNED: *Aug 15*, 2000.

_____
UNITED STATES DISTRICT JUDGE

Submitted & Entry Requested By:

_____
Shelby A. Jordan
Texas State Bar # 11016700
Admissions # 2195
Anne Catmull
Texas State Bar # 00794932
Admissions # 19615
*Jordan, Hyden, Womble & Culbreth, P.C.*
500 North Shoreline Blvd., Suite 900
Corpus Christi, Texas 78471
Telephone: (361) 884-5678
Telecopier: (361) 888-5555

**ATTORNEYS FOR APPELLANT**

R. Tormohlen by permission
A. Catmull
_____
Leonard Rose
State Bar No. 00785054
Robert W. Tormohlen
MO Bar No. 40024
LEWIS, RICE & FINGERSH, L.C.
1010 Walnut, Suite 500
Kansas City, MO 64106
Telephone No. (816) 421-2500
Telecopier No. (816) 472-2500
**ATTORNEYS FOR APPELLEE**

M. Schmidt by permission
A. Catmull
_____
Michael Schmidt
State Bar No. 17775200
Admissions No. 10260
712 American Bank Plaza
Corpus Christi, TX 78475
Telephone No. (361) 884-9949
Telecopier No. (361) 884-6000
**ATTORNEYS FOR APPELLEE**

Page 2.