United States District Court
Southern District of Texas
ENTERED

AUG 16 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| BAKER ENERGY RESOURCES, | § | BANKR. CASE 00-20338-C-11 |
| | § | |
| DEBTOR | § | CHAPTER 11 |
| BAKER ENERGY RESOURCES CORPORATION | § | |
| VS. | § | APPEAL NO. 27. |
| | § | CIVIL ACTION CA-C-00-128 |
| READING AND BATES CONSTRUCTION CO. | § | |

## ORDER

On this date came on to be considered the Emergency *Joint* Motion to Reconsider 8/15/00 Order Denying Emergency *Joint* Motion to Extend Deadline By Which Bankruptcy Court Must Hold Further Evidentiary Hearing On Whether To Dismiss Bankruptcy Case (the "Motion") and having considered the Motion and the lack of opposition thereto, the Court GRANTS the Motion.

It is therefore

ORDERED that the deadline by which the Bankruptcy Court shall conduct further evidentiary hearing on whether to dismiss the above-referenced bankruptcy case, pursuant to this Court's order signed July 20, 2000, is extended by and through September 12, 2000; it is further

ORDERED that the July 15, 2000 order denying the Emergency *Joint* Motion to Extend Deadline By Which Bankruptcy Court Must Hold Further Evidentiary Hearing On Whether To Dismiss Bankruptcy Case is vacated.

SIGNED: _____Aug 16_____, 2000.

_____
UNITED STATES DISTRICT JUDGE